USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/4/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIER TREMBLAY, Individually and On Behalf of All Others Similarly Situated, <br><br>Plaintiff,<br><br>v.<br><br>LOOP INDUSTRIES, INC., DANIEL SOLOMITA, and NELSON GENTILETTI,<br><br>Defendants. | Case No. 7:20-cv-08538-NSR |
| MICHELLE BAZZINI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LOOP INDUSTRIES, INC., DANIEL SOLOMITA, and NELSON GENTILETTI,<br><br>Defendants. | Case No. 7:20-cv-09031-UA |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD COUNSEL**

WHEREAS, Sakari Johansson ("Johansson") and John Jay Cappa ("Cappa") filed motions for consolidation of the above-captioned actions, appointment as lead plaintiff and approval of selection of counsel on December 14, 2020, the statutory deadline in the above-captioned securities class actions brought pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") on behalf of investors of Loop Industries, Inc., *see* Dkt. Nos. 6, 10;

WHEREAS, Johansson and Cappa have both alleged significant financial interests in this litigation within the meaning of the PSLRA, satisfy the relevant requirements of adequacy and typicality under Rule 23 of the Federal Rules of Civil Procedure, as set forth in their previously-filed motions and supporting papers;

WHEREAS, accordingly, Johansson and Cappa have agreed to serve as Co-Lead Plaintiffs and agreed to select their respective law firms, Glancy Prongay & Murray LLP and Pomerantz LLP, to serve as Co-Lead Counsel;

ACCORDINGLY, IT IS HEREBY STIPULATED THAT, subject to the Court's approval:

1. The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re Loop Industries, Inc. Securities Litigation*, Master File No. 7:20-cv-08538;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Sakari Johansson and John Jay Cappa as Co-Lead Plaintiffs; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP and Pomerantz LLP as Co-Lead Counsel for the class.

Respectfully submitted,

DATED: December 28, 2020

**GLANCY PRONGAY & MURRAY LLP**

By: _____
Gregory B. Linkh (GL-0477)
230 Park Ave., Suite 530
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

and

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Movant Sakari Johansson and Proposed Co-Lead Counsel for the Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Additional Counsel*

DATED: December 28, 2020

POMERANTZ LLP

By: /s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

and

Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Movant John Jay Cappa and Proposed Co-Lead Counsel for the Class*

The Clerk of Court is directed to terminate the motions at ECF Nos. 6 and 10 in 20cv8538.

**IT IS SO ORDERED.**

Dated: January 4, 2021, 2020XX
White Plains, NY

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

3