**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No.: 7:20-cv-08538-NSR<br><br>Consolidated with:<br>Case No.: 7:20-cv-09031-NSR |

**DECLARATION OF SHERYL SHAPIRO BASSIN IN SUPPORT OF DEFENDANTS LOOP INDUSTRIES, INC., DANIEL SOLOMITA, AND NELSON GENTILETTI'S MOTION TO DISMISS AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, Sheryl Shapiro Bassin, declare that:

1.      I am a member of Wilson Sonsini Goodrich & Rosati, P.C., counsel for Loop Industries, Inc. ("Loop"), Daniel Solomita, and Nelson Gentiletti (together, "Defendants"). I am admitted to practice before this Court. I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint ("Complaint"). Unless otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 29, 2020, filed with the U.S. Securities and Exchange Commission ("SEC") on May 5, 2020, and referenced in the Complaint at ¶¶ 102-103.

3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 28, 2019, filed with the SEC on May 8, 2019, and referenced in the Complaint at ¶¶ 94, 118.

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 28, 2018, filed with the SEC on May 14, 2018. The Court may take judicial notice of this publicly available SEC filing.

5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 28, 2017, filed with the SEC on May 30, 2017, and referenced in the Complaint at ¶ 141.

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts from Loop's Form 10-Q for the second quarter of the fiscal year 2019, ended August 31, 2018, filed with the SEC on October 10, 2018, and referenced in the Complaint at ¶ 71.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of April, 2021, at New York, New York.


_s/ Sheryl Shapiro Bassin_
Sheryl Shapiro Bassin

2