**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 7:20-cv-8538-NSR<br><br>Consolidated with:<br>Case No. 7:20-cv-9031-NSR |

**DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS'**
**MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO**
**DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

I, Murielle J. Steven Walsh, declare that:

1.    I am a partner in the law firm of Pomerantz, LLP, Co-Lead Counsel in this action and counsel for Lead Plaintiffs John Jay Cappa and Sakari Johansson (together, "Plaintiffs"). I am admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint ("Complaint"). Unless otherwise stated, the following facts are within my personal knowledge or are based on review of public records.

2.    Attached hereto as Exhibit A is a true and correct copy of a Hindenburg Research LLC report, "Loop's independent Review' Of Its Technology Falls Flat," published on December 15, 2020, and referenced in the Complaint at ¶¶66-67.

3.    Attached hereto as Exhibit B is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 28, 2019, filed with the U.S. Securities and Exchange Commission ("SEC") on May 8, 2019, and referenced in the Complaint at ¶¶94, 118 (the "2019 10-K).

4.    Attached hereto as Exhibit C is a true and correct copy of excerpts from Loop's Form 10-K for the fiscal year ended February 29, 2020, filed with the U.S. Securities and Exchange Commission ("SEC") on May 5, 2020, and referenced in the Complaint at ¶¶102-103 (the "2020 10-K).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of May, 2021, at New York, New York.

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh

1