# WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

March 4, 2022

**VIA CM/ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **In re Loop Industries, Inc. Securities Litigation**, No. 7:20-cv-08538-NSR
(Consolidated with No. 7:20-cv-09031-NSR)

Dear Judge Román:

We are counsel for Lead Plaintiffs and Defendants in the above-referenced action. We write, further to our January 12, 2022 letter (Dkt. No. 38), to inform the Court that the parties have reached an agreement-in-principle to settle this securities class action. The parties therefore respectfully request that the Court stay the issuance of any decision and order on the pending motion to dismiss (Dkt. Nos. 32 to 37) while the parties work to finalize the settlement and draft submissions concerning settlement approval proceedings and proposed notice to the settlement class. The parties hope to be in a position to finalize and file the preliminary settlement approval and notice documents within sixty (60) days.

The parties are available at the Court's convenience if the Court has any questions.

Respectfully submitted,

*s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman
Murielle J. Steven Walsh
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Gregory B. Linkh
GLANCY PRONGAY & MURRAY LLP
230 Park Avenue, Suite 530
New York, New York 10169
Telephone: (212) 682-5340

*Counsel for Lead Plaintiffs Sakari Johansson
and John Jay Cappa and Co-Lead Counsel for
the Proposed Class*

*s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

Keith E. Eggleton (admitted *pro hac vice*)
David A. McCarthy (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

*Counsel for Defendants Loop Industries, Inc.,
Daniel Solomita, and Nelson Gentiletti*

cc:    All Counsel of Record (via CM/ECF)