UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 7:20-cv-08538-NSR<br><br>Consolidated with:<br>Case No. 7:20-cv-09031-NSR |

**DECLARATION OF MURIELLE STEVEN WALSH IN SUPPORT OF LEAD
PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARY
APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES**

I, Murielle J. Steven Walsh, declare as follows pursuant to 28 U.S.C. §1746:

1.     I am a Partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiffs Sakari Johansson and John Jay Cappa ("Lead Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Entry of Order Preliminary Approving Settlement and Establishing Notice Procedures. I have personal knowledge of the matters testified to herein.

2.     I hereby certify that I conferred with counsel for Loop Industries regarding the relief requested in the Motion. This Motion is unopposed.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of May 17, 2022 ("Stipulation"). The exhibits to the stipulation are as follows:

- Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

- Exhibit A-1: Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-2: Proof of Claim and Release Form.

- Exhibit A-3: Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-4: Postcard Notice.

- Exhibit B: [Proposed] Judgment Approving Class Action Settlement.

1

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh and Svetlana Starykh, and titled *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review.*

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the annual report of Loop Industries, Inc. for the fiscal year ended February 28, 2021, filed with the U.S. Securities and Exchange Commission on Form 10-K EDGAR system on June 1, 2021.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this May 24, 2022 at New York, New York.

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Murielle J. Steven Walsh*
Murielle J. Steven Walsh