UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 7:20-cv-08538-NSR<br><br>Consolidated with:<br>Case No. 7:20-cv-09031-NSR |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 49), on January 5, 2023 at 2:00 p.m., before the Honorable Nelson S. Román via AT&T teleconference at (877) 336-1839, access code 1231334#, Lead Counsel Glancy Prongay & Murray LLP and Pomerantz LLP, on behalf of all Plaintiffs' Counsel, will and hereby do move the Court for entry of an Order awarding attorneys' fees in the amount of 33⅓% of the Settlement Fund (or $1,033,333, plus interest earned at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the total amount of $70,791.39 (comprised of $60,791.39 in out-of-pocket costs incurred by Plaintiffs' Counsel, as well as $5,000 for each Lead Plaintiff, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Leanne H. Solish and Murielle J. Steven Walsh in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.  Defendants take no position on this motion.

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement, dated May 17, 2022.  *See* ECF No. 47-1.

Dated: November 22, 2022

**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Leanne H. Solish*
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lsolish@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
          mjsteven@pomlaw.com

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867
Email: legul2010@aol.com

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: November 22, 2022                    */s/ Leanne H. Solish*
                                            Leanne H. Solish