# EXHIBIT 9

Case 7:20-cv-08538-NSR    Document 54-9    Filed 11/22/22    Page 2 of 4

 **ACCESSWIRE**®    About    Services    News    Resources    Contact    Login

 Back to Newsroom

# Loop Industries Responds to Inaccurate Hindenburg Research Report

Tuesday, October 13, 2020 4:01 PM



**Loop Industries, Inc.**
http://www.loopindustries.com

Topic:    **Company Update**    Share this Article

**MONTREAL, QC / ACCESSWIRE/ October 13, 2020 /** Loop Industries, Inc. (NASDAQ:LOOP) (the "Company" or "Loop"), a leading sustainable plastics technology innovator, today commented on the report published by Hindenburg Research this morning, which contained factual inaccuracies.

Per the Hindenburg report, Hindenburg holds a short position in Loop Industries stock. Hindenburg Research has not engaged with Loop directly nor does Loop Industries believe Hindenburg Research has done the required due diligence for this report. The claims it makes are either unfounded, incorrect, or based on the first iteration of Loop's technology, known as Gen 1, which was in use between 2014 and 2017. In 2017, Loop reinvented its process and developed its Gen 2 technology, which is at the core of Loop's commercialization projects.

Loop's focus remains on commercializing its technology to meet growing global demand for infinitely recyclable PET plastic and polyester fiber made from 100% recycled content.

**About Loop Industries**

Loop Industries is a technology company whose mission is to accelerate the world's shift toward sustainable PET plastic and polyester fiber and away from our dependence on fossil fuels. Loop owns patented and proprietary low-energy technology that depolymerizes no and low-value waste PET plastic and polyester fiber, including plastic bottles and packaging, carpets and textiles of any color, transparency or condition and even ocean plastics that have been degraded by the sun and saltwater, into its base building blocks (monomers). The monomers are filtered, purified and polymerized to create virgin-quality Loop™ branded PET resin and polyester fiber suitable for use in food-grade packaging, thus enabling our customers to meet their sustainability objectives. Loop Industries is contributing to the global movement toward a circular economy by preventing plastic waste and recovering waste plastic for a more sustainable future for all.

Common shares of Loop Industries are listed on the Nasdaq Global Market under the symbol "LOOP."





| ACCESSWIRE® | About | Services | News | Resources | Contact | Login |
|---|---|---|---|---|---|---|

**Forward-Looking Statements**

This news release contains "forward-looking statements" as defined in the U.S. Private Securities Litigation Reform Act of 1995. Such statements may be preceded by the words "intends", "may", "will", "plans", "expects", "anticipates", "should", "could", "projects", "predicts", "estimates", "aims", "believes", "hopes", "potential" or similar words. Forward-looking statements are not guarantees of future performance, are based on certain assumptions and are subject to various known and unknown risks and uncertainties, many of which are beyond Loop's control, and cannot be predicted or quantified and consequently, actual results may differ materially from those expressed or implied by such forward-looking statements. Such risks and uncertainties include, without limitation, risks and uncertainties associated with among other things: (i) commercialization of our technology and products, (ii) our status of relationship with partners, (iii) development and protection of our intellectual property and products, (iv) industry competition, (v) our need for and ability to obtain additional funding, (vi) building our manufacturing facility, (vii) our ability to sell our products in order to generate revenues, (viii) our proposed business model and our ability to execute thereon, (ix) adverse effects on the Company's business and operations as a result of increased regulatory, media or financial reporting issues and practices, rumors or otherwise, (x) disease epidemics and health related concerns, such as the current outbreak of a novel strain of coronavirus (COVID-19), which could result in (and, in the case of the COVID-19 outbreak, has resulted in some of the following) reduced access to capital markets, supply chain disruptions and scrutiny or embargoing of goods produced in affected areas, government-imposed mandatory business closures and resulting furloughs of our employees, travel restrictions or the like to prevent the spread of disease, and market or other changes that could result in noncash impairments of our intangible assets, and property, plant and equipment, and (xi) other factors discussed in our subsequent filings with the SEC. More detailed information about Loop and the risk factors that may affect the realization of forward-looking statements is set forth in our filings with the Securities and Exchange Commission ("SEC"). Investors and security holders are urged to read these documents free of charge on the SEC's web site at http://www.sec.gov. Loop assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise.

**Media Inquiries**

Stephanie Corrente

+1 (450) 951-8555 ext. 226

scorrente@loopindustries.com

**Investor Inquiries**

MZ Group - MZ North America

+1 949-259-4987

LOOP@mzgroup.us

www.mzgroup.us

**SOURCE:** Loop Industries, Inc.





Back to Newsroom

Drop us a line:  **888.952.4446**
Email:   **Sales   Editorial**
**Content licensing**

Email *

Join Newsletter

Copyright 2022 © ACCESSWIRE. All rights reserved. **Privacy Policy** | **Terms of Service** | **Responsible Disclosure Guidelines**

