**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No.: 7:20-cv-08538-NSR<br><br>Consolidated with:<br>Case No.: 7:20-cv-09031-NSR |

**DECLARATION OF SHERYL SHAPIRO BASSIN REGARDING**
**COMPLIANCE WITH CLASS ACTION FAIRNESS ACT NOTICE REQUIREMENTS**

I, Sheryl Shapiro Bassin, declare that:

1. I am a member of the law firm Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR"), counsel for Defendants Loop Industries, Inc. ("Loop"), Daniel Solomita, and Nelson Gentiletti (collectively, the "Defendants") in the above-captioned action. I am admitted to practice law in the State of New York and before this Court. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a thorough inquiry. If called upon to testify, I could and would testify competently thereto.

2. I make this declaration to demonstrate Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

3. The Stipulation and Agreement of Settlement (the "Stipulation"), ECF No. 47-1, was filed with the Court on May 24, 2022. On September 16, 2022, the Court preliminarily approved the settlement and directed notice be issued. *See* Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order"), ECF No. 49. Following the filing of the Stipulation on May 24, 2022, counsel for Defendants prepared a CAFA notice letter and assembled the documents and materials listed in 28 U.S.C. § 1715(b), as well as a list of contact information for the state and federal officials who were the intended recipients of the notice.

4. On June 1, 2022, not later than 10 days after the proposed class action settlement in this matter ("Class Action Settlement") was filed in court, counsel for Defendants served the CAFA notice letter ("CAFA Notice") via U.S.P.S. Priority Mail to the United States Attorney General and the Attorney General for each State and Territory. The CAFA Notice notified recipients of the proposed Class Action Settlement and included the information required by 28 U.S.C. § 1715(b). The CAFA Notice sent on June 1, 2022 is attached hereto as **Exhibit 1**. The

distribution list for the CAFA Notice, detailing the recipients who were served, is attached as an exhibit to that notice (*see* **Exhibit 1 at Ex. A**).

5. As reflected in **Exhibit 1**, the CAFA Notice and accompanying CD (the contents of which are listed on pages 1 and 2 of the CAFA Notice) included the documents and information required by 28 U.S.C. § 1715(b), including, but not limited to: (a) the initial complaints and amended complaint; (b) the Stipulation and accompanying exhibits, including the forms of notice of settlement; and (c) the Unopposed Motion for Preliminary Approval of Class Action Settlement and supporting papers, ECF Nos. 45, 46, 47.

6. As of the date of this declaration, December 20, 2022, Defendants have not received any substantive communications regarding the CAFA Notice or the proposed Class Action Settlement from any of the Attorneys General or any other recipient of the CAFA Notice.

7. To the best of my present knowledge, Defendants have fully complied with the CAFA notice requirements.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of December, 2022, at New York, New York.

*s/ Sheryl Shapiro Bassin*
Sheryl Shapiro Bassin