UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 7:20-cv-08538-NSR  Consolidated with: Case No. 7:20-cv-09031-NSR |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (D) REPORT OF CLAIMS RECEIVED TO DATE**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over 525 class action cases since its inception.  I have personal knowledge of the facts set forth herein and, if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.      Pursuant to the Court's September 16, 2022, Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 49, the "Preliminary Approval Order"), SCS was retained by Lead Counsel to serve as the Claims Administrator in the above-captioned action (the "Action").  I submit this declaration as a supplement to my earlier declaration, the Declaration of

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated May 17, 2022 (ECF No. 47-1, the "Stipulation"), or the Joint Declaration of Leanne H. Solish and Murielle J. Steven Walsh in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 54, the "Joint Declaration").

Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated November 18, 2022 (ECF No. 54-1, the "Initial Mailing Declaration").

3.      As more fully discussed in the Initial Mailing Declaration, as of November 18, 2022, a total of 6,103 Postcard Notices had been mailed to potential Settlement Class Members either by SCS or nominees.  Moreover, as of November 18, 2022, 2,148 emails containing a link to a downloadable version of the Notice and Claim Form on the Settlement Website (www.LoopIndustriesSecuritiesSettlement.com) had been sent to potential Settlement Class Members by either SCS or a nominee.

4.      Since the execution of the Initial Mailing Declaration, no additional Postcard Notices have been mailed by SCS, no additional Postcard Notices have been requested by a nominee,[2] and SCS has been notified by a nominee that 12 additional emails were sent with a direct link to the Notice and Claim Form on the Settlement Website.  To date, a total of 8,263 potential Settlement Class Members were either mailed a Postcard Notice or an email containing a direct link to the Notice and Claim Form.[3]

### PUBLICATION OF THE SUMMARY NOTICE

5.      As set forth in the Initial Mailing Declaration, on October 31, 2022, SCS caused the Summary Notice to be published once in *Investor's Business Daily* and to be transmitted electronically once over the *PR Newswire*.  Initial Mailing Declaration, ¶10.

---

[2] Out of the 6,103 Postcard Notices mailed by SCS or a nominee, 164 were returned as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 10, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 154 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 63 were re-mailed to updated addresses.

[3] SCS also received 10 requests from potential Settlement Class Members to mail them a Notice and Claim Form.  SCS immediately mailed them a Notice and Claim Form.

**UPDATE ON TOLL-FREE PHONE LINE**

6.      As stated in the Initial Mailing Declaration, SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement and/or request the Notice and Claim Form.  *Id*. at ¶11.  SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBSITE**

7.      On September 30, 2022, SCS established the Settlement Website.  The Settlement Website is accessible twenty-four hours a day, seven days a week.  The Settlement Website contains a home page; Settlement related deadlines; an online claims submission page; a nominees page; a contact us page; and an important case-related documents page, which includes downloadable versions of the Complaint, Notice, Claim Form, Stipulation, Preliminary Approval Order, Final Approval Motion, Fee and Expense Application, and Joint Declaration with exhibits. To date, the Settlement Website has received 3,722 page views from 873 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

8.      According to the Preliminary Approval Order, written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than December 8, 2022. ECF No. 49, ¶13.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has not received a single request for exclusion.

9.      According to the Preliminary Approval Order, objections to the Settlement, the proposed Plan of Allocation, or Lead Counsel's Fee and Expense Application were to have been served on Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than December 8, 2022.  ECF No. 49, ¶¶16-17.  As of the date of this declaration, SCS has not received any objections, and none have been filed on the Court's docket in this Action.

Moreover, I have not been notified that any objections have been received by Lead Counsel or Defendants' Counsel.

## CLAIMS RECEIVED TO DATE

10.     As of the date of this declaration, SCS has received 180 claims. These 180 claims were submitted by or on behalf of individuals or entities either by mail or online. The claim filing deadline requires all claims to be postmarked or received by February 15, 2023. In SCS's experience, the vast majority of claimants submit their claims shortly before or on the deadline. In particular, the majority of institutional investors, brokers, and nominees typically file claims electronically at or near the claims filing deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 28th day of December 2022, in Media, Pennsylvania.

Josephine Bravata