UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOOP INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 7:20-cv-08538-NSR<br><br>Consolidated with:<br>Case No. 7:20-cv-09031-NSR |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR**
**<u>CLASS DISTRIBUTION ORDER</u>**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiffs, Sakari Johansson and John Jay Cappa ("Lead Plaintiffs"),[1] through Lead Counsel, hereby move this Court for entry of the [Proposed] Class Distribution Order.

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process and all exhibits thereto; the Declaration of F. Paul Bland, Jr. Of Public Justice Foundation; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants do not oppose this motion.

Dated: October 2, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: */s/ Leanne H. Solish*
Leanne H. Solish (*pro hac vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: lsolish@glancylaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Murielle J. Steven Walsh
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
    mjsteven@pomlaw.com

*Lead Counsel for Lead Plaintiffs and
the Settlement Class*

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 17, 2022 ("Stipulation," ECF No. 47-1).

1

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867
Email: legul2010@aol.com

**BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: October 2, 2023                    */s/ Leanne H. Solish*
                                          Leanne H. Solish