UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOOP INDUSTRIES, INC.
SECURITIES LITIGATION

Case No. 7:20-cv-08538-NSR

Consolidated with:
Case No. 7:20-cv-09031-NSR

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I am over 21 years of age and am not a party to the above captioned action (the "Action").  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over 525 class action cases since its inception.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently thereto.

2.     Pursuant to the Court's September 16, 2022, Order Preliminarily Approving Settlement and Proving for Notice (ECF No. 49, the "Preliminary Approval Order"), SCS was retained by Lead Counsel to serve as the Claims Administrator in the Action.  On January 5, 2023, the Court entered: (a) Judgment Approving Class Action Settlement, (ECF No. 58, the "Final Approval Order"), granting final approval of the Settlement; and (b) the Order Approving Plan of

_____

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated May 17, 2022 (ECF No. 47-1, the "Stipulation").

1

Allocation of Net Settlement Fund (ECF No. 60, the "Plan of Allocation Order"). Pursuant to the Settlement, $3,100,000 in cash was deposited into an interest-bearing escrow account for the benefit of the Settlement Class. The Effective Date of the Settlement has occurred, and the Net Settlement Fund may be distributed to Authorized Claimants pursuant to Order of this Court. *See* Stipulation, ¶31.

3. SCS has completed processing all Claim Forms (hereinafter referred to as "claims") received through March 17, 2023, in accordance with the terms of the Stipulation and the Court-approved Plan of Allocation set forth in the Notice, and hereby submits its administrative determinations accepting and rejecting the claims in preparation for a distribution of the Net Settlement Fund to Authorized Claimants. SCS also submits this declaration in support of Plaintiffs' Unopposed Motion for Class Distribution Order.

### UPDATE ON THE NOTIFICATION PROCESS

4. As more fully described in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated November 18, 2022 (ECF No. 54-1, the "Initial Mailing Declaration"), SCS mailed or emailed 1,773 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. *See* Initial Mailing Decl. at ¶4.

5. As noted in the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; (C) Report on Requests for Exclusion and Objections; and (D) Report of Claims Received to Date, dated December 28, 2022 (ECF No. 57-1, the "Supplemental Mailing Declaration"), 8,263 potential Settlement Class Members were either mailed a Postcard Notice or an email containing a direct link to the Notice and Claim Form. *See* Supplemental Mailing Decl. at ¶4. Since the Supplemental Mailing

Declaration was filed, 220 additional Postcard Notices were requested from nominees. A total of 8,483 notices have been disseminated to date.

6. The Initial and Supplemental Mailing Declarations noted that SCS maintains a toll-free telephone helpline (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS also established a dedicated website for the Settlement, www.loopindustriessecuritiessettlement.com (the "Settlement Website"), that went live on September 30, 2022. *See* Initial Mailing Decl. at ¶¶11-12; Suppl. Mailing Decl. at ¶¶6-7. SCS continues to maintain the Settlement Website and update it as required. To date, the Settlement Website has received 5,487 pageviews from 1,410 unique users.

7. In accordance with Paragraph 7(d) of the Preliminary Approval Order, on October 31, 2022, SCS caused the Summary Notice to be published once in *Investor's Business Daily* and transmitted once over *PR Newswire. See* Initial Mailing Decl. at ¶10.

**CLAIMS PROCESSING PROCEDURES**

8. Under the terms of the Preliminary Approval Order and as set forth in the Notice, each Settlement Class Member who wished to be eligible to receive a distribution from the Net Settlement Fund was required to complete and submit to SCS a properly executed Claim Form postmarked or received by February 15, 2023, together with adequate supporting documentation form the transactions and holdings reported in the claim.

9. In preparation for receiving and processing claims, SCS: (a) conferred with Lead Counsel to define the guidelines for processing claims; (b) created a unique database to store claim details, claim images, and supporting documentation (the "Settlement Database"); (c) trained staff on the Court-approved Plan of Allocation specifics so that claims would be properly processed; (d) formulated a system to properly respond to telephone and email inquiries; (e) developed

various computer programs and screens for entering Settlement Class Members' identifying information and transaction data; and (f) developed a proprietary "calculation module" that calculated each Settlement Class Member's Recognized Claims pursuant to the Court-approved Plan of Allocation stated in the Notice.

10. Each claim was assigned a unique claim number. Once scanned, the information from each claim (including the Claimant's name, address, account number/information from his, her, or its supporting documentation, and the Claimant's purchase/acquisition transactions, sale transactions, and holdings listed on the claim) was entered into Settlement Database. Once entered into the Settlement Database, claims were reviewed to verify that all required information had been provided. The documentation provided by the Claimant in support of his, her, or its claim was reviewed for authenticity and compared to the information provided in the claim to verify the Claimant's identity and the purchase/acquisition transactions, sale transactions, and holdings listed on the claim.

11. To process transactions detailed in the claims, SCS utilizes the Settlement Database to classify whether a claim was deficient, partially accepted, or ineligible to participate in the Settlement. For example, where a claim was submitted by a Claimant who did not have any eligible transactions in Loop Industries, Inc. ("Loop") common stock during the Settlement Class Period (*e.g.*, the Claimant purchased Loop common stock after the Settlement Class Period), that claim would be classified in our system as ineligible with the reason such as "Purchased Out" of the Settlement Class Period.

12. If claims were determined to be defective, a deficiency notice ("Deficiency Notice") was sent to Claimants describing the defect(s) in the claims and what was necessary to cure the defect(s) in these claims. The Deficiency Notice advised Claimants that submission of

4

appropriate information and/or documentary evidence to complete the claim needed to be sent to SCS within twenty (20) calendar days from the date of the Deficiency Notice or the claim would be recommended for rejection to the extent that the deficiency or condition of ineligibility was not cured.

13.     Of the 253 paper and online claims submitted, SCS sent Deficiency Notices to a total of 47 Claimants (*i.e.*, approximately 18.6%) whose claims SCS determined to be defective. Approximately 10.17% of the Electronic claims (defined below) (*i.e.*, 104 of the 1,023 Electronic claims) were incomplete or had one or more defects or conditions of ineligibility.  These 104 deficient Electronic claims were filed by one nominee.  SCS sent a Deficiency Notice to the filer informing them of the 104 Electronic claims that SCS determined to be defective.  An example of a Deficiency Notice is attached to this declaration as **Exhibit A**.

14.     Claimants' responses to Deficiency Notices were scanned and associated with the corresponding claims for the case.  The responses were then carefully reviewed and evaluated by SCS's team of processors.  If a Claimant's response corrected the defect(s), SCS updated the Settlement Database through the calculation program to reflect the changes in the claim's status.

15.     SCS sent a rejection notice to those that did not respond to the Deficiency Notice or responded with inadequate documentation.  The Rejection Notice advised Claimants that submission of appropriate information and/or documentary evidence to complete the claim had to be sent within twenty (20) calendar days from the date of the Rejection Notice and that to contest these administrative determinations, they were required to submit written statements to SCS requesting Court review of their claims and setting forth the basis for such requests.

## QUALITY ASSURANCE

16.    An integral part of the claim's administration process is the quality assurance review.  Throughout the administration process, SCS's personnel worked to verify that claims were processed properly by ensuring that information was entered correctly into the database, deficiency and/or rejection reasons were accurately assigned, and deficiency and/or rejection notification letters were sent appropriately.  After all claims were processed, deficiency and/or rejection letters were mailed, and Claimant's responses to the deficiency and/or rejection letters were reviewed and processed, SCS personnel performed additional quality assurance reviews.  These final quality assurance reviews further ensured the correctness and completeness of all claims processed prior to preparing this declaration and all SCS final documents in support of distribution of the Net Settlement Fund.  As part of the quality assurance review, SCS:

> (a) Verified that duplicate claims were identified, verified, and rejected;
>
> (b) Performed a secondary review of all large valid claims and the large majority of all other valid claims;
>
> (c) Verified that persons and entities excluded from the Settlement Class by definition did not submit claims and if they did, their claims were rejected upon review;
>
> (d) Performed a secondary review of rejected/ineligible claims; and
>
> (e) Reviewed and resolved any transactions where trading prices on the claim forms were not within daily price ranges.

17.    As part of its due diligence in processing the Claims, SCS reviewed and compared the entire database for the Settlement against the "watch list" of known questionable filers that SCS has developed throughout its years of experiences as a Claims Administrator.  SCS has worked closely with law enforcement agencies to update that watch list with the latest available information.  SCS performs searches based on names, aliases, and social security/tax identification

numbers. In addition, SCS's claim processors are trained to identify any potentially inauthentic documentation when processing claims, including claims submitted by Claimants not previously captured in the "watch list." Processors are instructed to update the database on any claim that matches to a record on the "watch list" and escalate them to management for review. SCS's fraud protection procedures identified no potentially fraudulent claimants.

## STATUS OF CLAIMS SUBMITTED AND PROCESSED

18.     There has been a total of 1,276 claims submitted in connection with this Settlement.[2] Of the 1,276 claims, 35 were paper claims, 218 are claims filed through the online filing component of the Settlement Website, and 1,023 were filed electronically ("Electronic claims"). Electronic claim filers are typically banks, nominees, and other third-party filers who file claims on behalf of numerous Claimants.[3] Of the 1,276 total claims, 1,271 claims submitted were received on or before the Court-imposed February 15, 2023 deadline, and 5 claims submitted after the Court-imposed February 15, 2023 deadline but on or before the March 17, 2023 deadline used by SCS to finalize the administration process.

19.     SCS carefully reviewed, analyzed, and processed all of these claims, and responded to all Claimant inquiries regarding the Action, the Settlement and the procedures for completing a Claim Form. SCS has also been in close contact with Lead Counsel to review the administration

---

[2] Claims are often received after the claims filing deadline. However, in order to effectuate the Plan of Allocation, which provides for a *pro rata* distribution, and to efficiently process the claims, there must be a final cut-off date. Accordingly, SCS typically accepts claims in the 30-day window after the Court-approved filing deadline. SCS has not processed any claims filed after March 17, 2023, or any responses to rejections received after September 20, 2023, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

[3] Due to the high volume of claims submitted on behalf of multiple Claimants, Electronic claim filers have the opportunity to submit a master claim form and mail a computer disc or submit an electronic file containing all the transactions of the Claimants on whose behalf the Electronic claim filer is submitting a claim.

7

process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit B** and described below.  The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.      PROPERLY DOCUMENTED CLAIMS:  SCS identified 479[4] properly documented valid claims.    These valid claims represent Recognized Claims of $11,957,173.99.[5]  These valid claims were calculated in the manner set forth in the Court-approved Proposed Plan of Allocation of Net Settlement Fund ("Plan of Allocation"), included in the Notice.  **Exhibit C-1** is a spreadsheet of the 476 properly documented and timely submitted claims.  **Exhibit C-2** is a spreadsheet of the 3 properly documented claims, submitted after the Court-approved claims filing deadline, February 15, 2023, and on or before March 17, 2023.

b.      INADEQUATELY DOCUMENTED CLAIMS:  For a claim to have proper supporting documentation, Claimants must have provided broker confirmations or broker statements of holdings as of September 13, 2018 (*i.e.*, the day before the Settlement Class Period started) and January 8, 2021 (*i.e.*, the end of the 90-day lookback period provided for under the Private Securities Litigation Reform Act of 1995), as well as broker statements or broker trade confirmations of the transactions made during the Settlement Class Period (*i.e.*, September 24, 2018 through October 12, 2020, inclusive) and transactions made during the 90-day look-back period (*i.e.*, October 13, 2020 to January 8, 2021, inclusive) ("Adequate Documentation").  SCS identified 151 inadequately documented claims.  These claims either (i) did not provide any supporting documentation

---

[4] This number includes 476 timely filed, valid claims, and 3 late, but otherwise valid claims.

[5] This amount includes Recognized Claims for timely filed, valid claims of $11,871,805.42 and Recognized Claims for late (but otherwise valid) claims of $85,368.57.

such as broker trade confirmations or broker statements; (ii) provided insufficient documentation such as an excel spreadsheet or individual lists of transactions/holdings, but no broker confirmations or broker statements; (iii) provided only broker confirmations or broker statements for shares held as January 8, 2021, but no broker trade confirmations or broker statements for purchase transactions during the Settlement Class Period; or (iv) provided broker confirmations or broker statements for purchase transactions, but no broker confirmations or broker statements for shares held as of September 23, 2018 and/or January 8, 2021, *etc.* SCS mailed or emailed inadequacy notices to each of these Claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure the problem. Among these 151 deficient claims, 15 have been successfully cured and are considered valid. The remaining 136 inadequate Claimants either did not respond to the inadequacy notice or responded with insufficient documentation and were sent a rejection notice setting forth the reason for their inadequacy. *See* **Exhibit D** for a list of Claimants rejected due to inadequate supporting documentation. To date, none of the 136 inadequate Claimants objected to, or contested, this determination.

      c.     INELIGIBLE CLAIMS: In addition to the 136 inadequately documented claims in paragraph 19(b) above, SCS identified 661 claims which are recommended for complete rejection. Included in this category are: (i) 375 claims with no Recognized Losses; (ii) 208 claims with shares purchased outside of Settlement Class Period; (iii) 54 claims with shares not purchased or otherwise acquired, but were received or granted by gift, inheritance, or operation of law; (iv) 18 claims with shares sold short; (v) 3 duplicate claims; and (vi) 3 claims with securities other than Loop common stock. *See* **Exhibit E**

for a list of these ineligible claims. We have communicated with these 661 claimants and advised them of our determination. A sample ineligibility notice is attached hereto as **Exhibit F**. To date, none of these ineligible Claimants have contested SCS determination of rejection.

20.     In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after March 17, 2023, and any responses to deficiency and/or rejection notices received after September 20, 2023.

## FEES AND DISBURSEMENTS

21.     SCS agreed to be the Claims Administrator in exchange for payment of its fees and out-of-pocket expenses. Nevertheless, SCS has done its best to keep costs as low as possible. Lead Counsel received regular reports of and invoices for all of the work SCS performed with respect to provision of notice and the administration of the Settlement and authorized the claims administration work performed herein. Attached as **Exhibit G** are copies of all SCS invoices for this matter.

22.     SCS's total fees and expenses for this matter through the initial distribution are $76,997.93. SCS has been fully reimbursed for these administration costs through the initial distribution.

## DISTRIBUTION PLAN OF THE NET SETTLEMENT FUND

23.     Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following distribution plan:

    a.     SCS will conduct an initial distribution (the "Initial Distribution") of the Net Settlement Fund as follows:

i.      SCS will calculate award amounts to all Authorized Claimants by calculating their *pro rata* shares of the Net Settlement Fund in accordance with the Court-approved Plan of Allocation.

ii.     SCS will, pursuant to the terms of the Plan of Allocation, eliminate any Authorized Claimants whose distribution payment calculate to less than $10.00.  Such Claimants will not receive any distribution from the Net Settlement Fund.

iii.    After eliminating Claimants that would have received less than $10.00, SCS will recalculate, in accordance with the Court-approved Plan of Allocation, the *pro rata* distribution payments for Authorized Claimants that would receive $10.00 or more.

iv.     SCS will then conduct the Initial Distribution of the Net Settlement Fund in accordance with the Court's Order.

v.      In order to encourage Authorized Claimants to promptly deposit their payments, and to avoid or reduce future expenses relating to uncashed checks, all Initial Distribution checks will bear a notation: "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE."[6]

---

[6] In an effort to have as many Authorized Claimants as possible cash their checks, SCS will perform follow-up with those Authorized Claimants whose checks are initially uncashed, either because they are returned to SCS as undeliverable or because the Authorized Claimant simply did not cash the check after a period of time elapses.  For Authorized Claimants whose checks are returned as undeliverable, SCS will endeavor to locate new addresses by running the undeliverable addresses through address lookup services.  Where a new address is located, SCS will update the Settlement Database accordingly, and reissue a distribution check to the Authorized Claimant at the new address.  In the event an Authorized Claimant loses or damages his, her, or its check, or otherwise requires a new check, SCS will issue replacements.  Distribution reissues will be

vi.    Authorized Claimants that do not negotiate their Initial Distribution checks within the time allotted or according to the conditions set forth in footnote 8 will irrevocably forfeit all recovery from the Settlement.  The funds allocated to all such stale-dated checks will be available for redistribution to other Authorized Claimants in the Second Distribution described below.    Similarly, Authorized Claimants that do not negotiate subsequent distributions within the time allotted or according to the conditions set forth in footnote 8 will irrevocably forfeit any further recovery from the Settlement.

b.    After SCS has made reasonable and diligent efforts to have Authorized Claimants negotiate their Initial Distribution checks, if there is any balance remaining in the Net Settlement Fund after at least nine (9) months after the Initial Distribution (whether by reason of tax refunds, uncashed checks, or otherwise), if Lead Counsel, in consultation with SCS, determine that it is cost-effective to do so, SCS will conduct a second distribution of the Net Settlement Fund (the "Second Distribution").    Any amounts remaining in the Net Settlement Fund after the Initial Distribution, after deducting SCS's fees and expenses incurred in connection with administering the Settlement for which it

---

undertaken only upon written instructions from the Authorized Claimant, provided that the Authorized Claimant returns the previous check where appropriate.  For all checks, SCS will void the initial payment prior to reissuing a payment.  Authorized Claimants requesting reissuance of checks will be informed that if they do not cash their Initial Distribution checks within 30 days of the mailing of such reissued checks, their check will lapse, their entitlement to recovery will be irrevocably forfeited, and the funds will be reallocated to other Authorized Claimants.  Reissue requests for lost or damaged checks will be granted after the void date on the checks; however, void dates on such reissues will be adjusted so as not to delay future redistributions.  Requests for reissued checks in connection with the Second Distribution and any subsequent distributions will be handled in the same manner.

has not yet been paid (including the estimated costs of such Second Distribution), and after deducting the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees, will be distributed to all Authorized Claimants in the Initial Distribution who cashed their distribution checks and would receive at least $10.00 from the Second Distribution.

c.    Additional redistributions to Authorized Claimants who have cashed their prior checks and would receive at least $10.00 on such additional redistributions will continue if Lead Counsel, in consultation with SCS, determine that such redistributions will be cost-effective, after deducting SCS's fees and expenses incurred in connection with administering the Settlement for which it has not yet been paid (including the estimated costs of such further distribution), and after deducting the payment of any estimated taxes, the costs of preparing appropriate tax returns, and any escrow fees.

d.    At such time as Lead Counsel, in consultation with SCS, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance of the Net Settlement Fund, after payment of any unpaid Notice and Administration Expenses, taxes, the costs of preparing appropriate tax returns, and any escrow fees, shall be contributed—subject to Court approval—to the Public Justice Foundation, a nonsectarian, not-for-profit 501(c)(3) organization.

e.    No new Proof of Claim may be accepted after March 17, 2023, and no further adjustments to submitted Proofs of Claim may be made for any reason after September 20, 2023.

24.    Unless otherwise ordered by the Court, one year after the Second Distribution, if that occurs, or, if there is no Second Distribution, two years after the Initial Distribution, SCS will

destroy paper copies of the Claims and all supporting documentation, and one year after all funds have been distributed, SCS will destroy electronic copies of the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 22nd day of September 2023, in Media, Pennsylvania.

Josephine Bravata

14

**EXHIBIT A**

Loop Industries, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   245                                    **March 30, 2023**

**AcctNum:**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Documentation* was not provided. In order to process your claim we require: (1) any transactions of Loop Industries, Inc. ("Loop") common stock during the period from September 24, 2018 through January 8, 2021, inclusive; (2) proof of holdings of Loop common stock at the close of trading on September 23, 2018; and (3) proof of holdings of Loop common stock at the close of trading on January 8, 2021. | 265 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within twenty (20) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Loop Industries, Inc. ("Loop") common stock during the period from September 24, 2018 through January 8, 2021, inclusive; (2) proof of holdings of Loop common stock at the close of trading on September 23, 2018; and (3) proof of holdings of Loop common stock at the close of trading on January 8, 2021.

# EXHIBIT B

## REPORT OF THE CLAIMS ADMINISTRATOR

## LOOP INDUSTRIES, INC. SECURITIES LITIGATION

TOTAL # OF CLAIMS……………………………………………………    1,276

TOTAL # OF APPROVED VALID CLAIMS…………………………………    479

TOTAL # OF INELIGIBLE CLAIMS……………………………………......    797

        NO RECOGNIZED LOSSES...........................................375
        PURCHASED OUTSIDE CLASS PERIOD...................208
        INADEQUATE DOCUMENTATION ...........................136
        SHARES NOT PURCHASED .........................................54
        SHARES SOLD SHORT...................................................18
        DUPLICATE CLAIMS .......................................................3
        WRONG STOCK ...............................................................3

        TOTAL ........................................................................797

TOTAL RECOGNIZED CLAIMS.............................................................$11,957,173.99

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     EXHIBIT C-1

| Claim # | Recognized Claims |
|---|---|
| 1 | 399.00 |
| 2 | 1,031.80 |
| 6 | 46,500.00 |
| 8 | 72.00 |
| 10 | 1,875.00 |
| 12 | 671.00 |
| 13 | 4,060.00 |
| 15 | 204.97 |
| 16 | 1,014.00 |
| 17 | 2,530.00 |
| 18 | 1,875.00 |
| 20 | 108.00 |
| 21 | 1,080.00 |
| 24 | 6,750.00 |
| 25 | 4,634.37 |
| 26 | 12,481.65 |
| 28 | 41,100.00 |
| 29 | 1,612.50 |
| 31 | 8.19 |
| 32 | 23.52 |
| 35 | 23.72 |
| 37 | 2,625.00 |
| 38 | 34.68 |
| 44 | 41.60 |
| 45 | 187.60 |
| 49 | 277.10 |
| 50 | 33.21 |
| 51 | 375.00 |
| 54 | 750.00 |
| 55 | 920.00 |
| 56 | 11.60 |
| 58 | 548.34 |
| 61 | 4.30 |
| 62 | 72.30 |
| 63 | 153.75 |
| 64 | 312.64 |
| 67 | 720.00 |
| 68 | 783.00 |
| 71 | 375.00 |
| 74 | 42.00 |
| 75 | 43.50 |
| 82 | 375.00 |
| 83 | 1,343.45 |
| 84 | 24.35 |
| 85 | 1,345.36 |
| 87 | 659.61 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 88 | 187.50 |
| 90 | 25.60 |
| 91 | 306.00 |
| 92 | 3,510.78 |
| 94 | 750.00 |
| 95 | 10.20 |
| 96 | 4,361.59 |
| 97 | 1,500.00 |
| 98 | 558.75 |
| 99 | 1,365.00 |
| 100 | 59.70 |
| 102 | 45.00 |
| 103 | 37.50 |
| 110 | 4,263.75 |
| 112 | 691.00 |
| 113 | 1,434.00 |
| 114 | 1,486.70 |
| 115 | 526.00 |
| 116 | 22.85 |
| 117 | 5,145.25 |
| 118 | 126.95 |
| 119 | 118.00 |
| 123 | 179.80 |
| 124 | 5.47 |
| 128 | 4,875.00 |
| 130 | 22.50 |
| 133 | 670.00 |
| 135 | 1,737.13 |
| 138 | 125.44 |
| 141 | 115.37 |
| 142 | 3,315.41 |
| 143 | 59.31 |
| 144 | 82.50 |
| 145 | 68.40 |
| 148 | 1,031.25 |
| 150 | 562.50 |
| 156 | 210.99 |
| 157 | 3,762.03 |
| 161 | 375.00 |
| 167 | 357.60 |
| 168 | 64.75 |
| 169 | 138.38 |
| 172 | 93.75 |
| 175 | 1,303.00 |
| 176 | 143.00 |
| 180 | 24.10 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 181 | 260.00 |
| 184 | 9.32 |
| 187 | 3,772.05 |
| 188 | 4.32 |
| 191 | 375.00 |
| 192 | 3,750.00 |
| 194 | 964.00 |
| 195 | 4.74 |
| 197 | 1,875.00 |
| 198 | 1,875.00 |
| 203 | 147.47 |
| 206 | 10,673.60 |
| 207 | 57,077.00 |
| 209 | 579.20 |
| 211 | 36.72 |
| 214 | 29.55 |
| 215 | 29.55 |
| 216 | 29.55 |
| 217 | 8,077.98 |
| 218 | 390.50 |
| 222 | 521.60 |
| 226 | 968.72 |
| 227 | 3,179.92 |
| 236 | 75.00 |
| 242 | 2,368.00 |
| 243 | 423.18 |
| 246 | 895.00 |
| 247 | 6,030.00 |
| 248 | 2.72 |
| 249 | 852.75 |
| 250 | 196.35 |
| 50018 | 2,625.00 |
| 50019 | 4,195.00 |
| 50020 | 7,006.25 |
| 50021 | 2,930.85 |
| 50022 | 2,830.00 |
| 50023 | 510.00 |
| 50027 | 186.52 |
| 50028 | 25,037.85 |
| 50029 | 5,311.90 |
| 50030 | 330.00 |
| 50032 | 48,397.50 |
| 50033 | 4,500.00 |
| 50034 | 394.52 |
| 50138 | 135.00 |
| 50140 | 4,792.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50158 | 39,378.75 |
| 50165 | 56.25 |
| 50192 | 8,658.75 |
| 50251 | 1,500.00 |
| 50266 | 369.60 |
| 50267 | 446.00 |
| 50280 | 1,695.28 |
| 50281 | 1,695.30 |
| 50285 | 35,872.94 |
| 50292 | 8,438.70 |
| 50295 | 143,396.50 |
| 50302 | 6,752.21 |
| 50303 | 3,712.36 |
| 50305 | 353.52 |
| 50315 | 2,743,140.34 |
| 50316 | 1,875,000.00 |
| 50317 | 886,819.07 |
| 50318 | 1,729,748.84 |
| 50319 | 3,750.00 |
| 50320 | 105,928.59 |
| 50323 | 337,950.59 |
| 50336 | 17,625.00 |
| 50347 | 313.00 |
| 50353 | 73.08 |
| 50369 | 337.50 |
| 50387 | 774,622.50 |
| 50388 | 684,213.75 |
| 50398 | 62,026.56 |
| 50400 | 11,662.56 |
| 50404 | 592.50 |
| 50407 | 39,375.00 |
| 50416 | 149,848.38 |
| 50417 | 8,370.33 |
| 50418 | 3,305.54 |
| 50429 | 0.72 |
| 50432 | 15.00 |
| 50437 | 34,013.29 |
| 50438 | 8,529.24 |
| 50439 | 487,834.71 |
| 50442 | 1,725.84 |
| 50446 | 1,189.00 |
| 50448 | 3,378.75 |
| 50449 | 1,615.98 |
| 50450 | 3,023.04 |
| 50451 | 5,503.07 |
| 50476 | 10,299.00 |

TIMELY, PROPERLY DOCUMENTED CLAIMS        **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50480 | 3.75 |
| 50595 | 652.00 |
| 50605 | 750.00 |
| 50610 | 937.50 |
| 50611 | 1,237.70 |
| 50612 | 175.99 |
| 50613 | 88.69 |
| 50614 | 245.61 |
| 50615 | 360.52 |
| 50616 | 909.89 |
| 50617 | 61.40 |
| 50618 | 2,789.55 |
| 50619 | 1,116.50 |
| 50620 | 245.61 |
| 50621 | 764.12 |
| 50622 | 2,048.71 |
| 50623 | 775.69 |
| 50624 | 249.71 |
| 50625 | 245.91 |
| 50626 | 373.44 |
| 50627 | 102.34 |
| 50628 | 102.34 |
| 50629 | 1,857.76 |
| 50630 | 1,539.78 |
| 50631 | 2,495.87 |
| 50632 | 3,085.39 |
| 50634 | 155.78 |
| 50642 | 3,971.40 |
| 50643 | 1,245.00 |
| 50644 | 179.00 |
| 50645 | 2.57 |
| 50646 | 2,592.80 |
| 50647 | 1.41 |
| 50649 | 224,609.61 |
| 50650 | 9,607.50 |
| 50652 | 57,258.08 |
| 50653 | 142,976.99 |
| 50654 | 36,112.49 |
| 50655 | 40,035.17 |
| 50656 | 15,637.82 |
| 50657 | 1,478.45 |
| 50658 | 1,189.91 |
| 50659 | 5,250.00 |
| 50660 | 1,710.00 |
| 50661 | 1,260.00 |
| 50662 | 1,826.25 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50663 | 2,602.50 |
| 50664 | 10,252.50 |
| 50665 | 2,928.75 |
| 50666 | 1,113.75 |
| 50667 | 1,046.25 |
| 50668 | 11,748.75 |
| 50669 | 1,215.00 |
| 50670 | 438.75 |
| 50671 | 75.00 |
| 50672 | 498.75 |
| 50673 | 7,050.00 |
| 50674 | 1,226.25 |
| 50675 | 1,252.50 |
| 50676 | 367.50 |
| 50677 | 993.75 |
| 50678 | 296.25 |
| 50679 | 607.50 |
| 50680 | 5,553.75 |
| 50681 | 637.50 |
| 50682 | 341.25 |
| 50683 | 637.50 |
| 50684 | 2,141.25 |
| 50685 | 56.25 |
| 50686 | 1,953.75 |
| 50687 | 311.25 |
| 50688 | 11.25 |
| 50689 | 1,271.25 |
| 50690 | 637.50 |
| 50691 | 525.00 |
| 50692 | 986.25 |
| 50693 | 626.25 |
| 50694 | 213.75 |
| 50695 | 1,455.00 |
| 50696 | 206.25 |
| 50698 | 423.75 |
| 50699 | 90.00 |
| 50700 | 2,392.50 |
| 50701 | 150.00 |
| 50702 | 311.25 |
| 50705 | 2,381.25 |
| 50706 | 1,278.75 |
| 50707 | 135.00 |
| 50708 | 892.50 |
| 50709 | 1,957.50 |
| 50710 | 1,102.50 |
| 50711 | 975.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50712 | 1,132.50 |
| 50713 | 581.25 |
| 50714 | 708.75 |
| 50715 | 1,008.75 |
| 50716 | 690.00 |
| 50717 | 862.50 |
| 50718 | 217.50 |
| 50719 | 165.00 |
| 50720 | 997.50 |
| 50721 | 3,007.50 |
| 50722 | 1,207.50 |
| 50723 | 255.00 |
| 50724 | 116.25 |
| 50725 | 712.50 |
| 50726 | 1,717.50 |
| 50727 | 1,008.75 |
| 50728 | 427.50 |
| 50729 | 157.50 |
| 50730 | 952.50 |
| 50731 | 1,008.75 |
| 50732 | 213.75 |
| 50733 | 637.50 |
| 50734 | 63.75 |
| 50735 | 352.50 |
| 50736 | 558.75 |
| 50737 | 517.50 |
| 50738 | 1,012.50 |
| 50739 | 435.00 |
| 50740 | 393.75 |
| 50741 | 412.50 |
| 50742 | 626.25 |
| 50743 | 311.25 |
| 50745 | 480.00 |
| 50747 | 345.00 |
| 50748 | 420.00 |
| 50751 | 453.75 |
| 50752 | 761.25 |
| 50753 | 221.25 |
| 50754 | 1,008.75 |
| 50755 | 142.50 |
| 50758 | 4,271.25 |
| 50759 | 580.00 |
| 50760 | 607.50 |
| 50763 | 52.50 |
| 50765 | 208.50 |
| 50767 | 900.00 |

TIMELY, PROPERLY DOCUMENTED CLAIMS                EXHIBIT C-1

| Claim # | Recognized Claims |
|---------|-------------------|
| 50770 | 341.25 |
| 50771 | 255.00 |
| 50772 | 255.00 |
| 50773 | 333.75 |
| 50774 | 277.50 |
| 50775 | 255.00 |
| 50776 | 352.50 |
| 50777 | 273.75 |
| 50778 | 86.25 |
| 50780 | 225.00 |
| 50781 | 191.25 |
| 50782 | 345.00 |
| 50783 | 232.50 |
| 50784 | 112.50 |
| 50785 | 311.25 |
| 50786 | 75.00 |
| 50787 | 180.00 |
| 50788 | 176.25 |
| 50789 | 236.25 |
| 50790 | 123.75 |
| 50791 | 56.25 |
| 50792 | 18.75 |
| 50793 | 258.75 |
| 50794 | 273.75 |
| 50795 | 183.75 |
| 50796 | 150.00 |
| 50797 | 33.75 |
| 50798 | 153.75 |
| 50802 | 1,875.00 |
| 50804 | 2,641.02 |
| 50806 | 4.12 |
| 50807 | 19,125.00 |
| 50808 | 2,700.00 |
| 50809 | 1,312.50 |
| 50817 | 729.15 |
| 50820 | 38.80 |
| 50825 | 1,254.00 |
| 50831 | 2,812.50 |
| 50835 | 1,298.10 |
| 50836 | 0.95 |
| 50837 | 184.97 |
| 50840 | 2,485.70 |
| 50841 | 126.38 |
| 50842 | 347.96 |
| 50843 | 266.06 |
| 50844 | 56,250.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50846 | 2,831.01 |
| 50850 | 3,750.00 |
| 50852 | 4,936.74 |
| 50855 | 23.75 |
| 50856 | 24.13 |
| 50857 | 24.09 |
| 50860 | 211.19 |
| 50861 | 497.20 |
| 50862 | 8,960.00 |
| 50863 | 3,750.00 |
| 50864 | 797.30 |
| 50865 | 23.90 |
| 50866 | 1,567.50 |
| 50867 | 426.62 |
| 50868 | 122.85 |
| 50870 | 1,123.87 |
| 50871 | 8,940.30 |
| 50872 | 11,883.00 |
| 50873 | 224.12 |
| 50875 | 1,747.23 |
| 50876 | 125.42 |
| 50877 | 688.04 |
| 50878 | 1,997.77 |
| 50879 | 492.46 |
| 50880 | 939.90 |
| 50881 | 1,346.55 |
| 50882 | 4,801.20 |
| 50884 | 1,791.65 |
| 50886 | 685.22 |
| 50887 | 1,076.40 |
| 50888 | 69.85 |
| 50889 | 111.98 |
| 50890 | 237.50 |
| 50891 | 150.00 |
| 50892 | 361.38 |
| 50893 | 939.51 |
| 50897 | 87.32 |
| 50899 | 178.50 |
| 50901 | 474.99 |
| 50902 | 949.99 |
| 50903 | 335.29 |
| 50904 | 423.96 |
| 50905 | 216.54 |
| 50906 | 719.42 |
| 50907 | 375.00 |
| 50908 | 932.52 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**    **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---|---|
| 50910 | 278.50 |
| 50911 | 415.62 |
| 50912 | 768.37 |
| 50913 | 317.00 |
| 50914 | 1,842.95 |
| 50915 | 157.17 |
| 50916 | 2,825.51 |
| 50917 | 146.69 |
| 50918 | 187.50 |
| 50919 | 1,875.00 |
| 50923 | 370.22 |
| 50924 | 2,570.00 |
| 50925 | 105.00 |
| 50926 | 187.50 |
| 50927 | 75.00 |
| 50928 | 187.50 |
| 50929 | 628.00 |
| 50931 | 1,519.28 |
| 50932 | 506.43 |
| 50933 | 328.44 |
| 50934 | 562.31 |
| 50935 | 817.27 |
| 50937 | 146.81 |
| 50938 | 361.56 |
| 50939 | 466.63 |
| 50940 | 435.70 |
| 50943 | 1,875.00 |
| 50947 | 1,471.50 |
| 50949 | 648.00 |
| 50957 | 227.60 |
| 50958 | 148.89 |
| 50961 | 9.31 |
| 50962 | 375.00 |
| 50963 | 2,413.00 |
| 50964 | 470.00 |
| 50965 | 562.50 |
| 50966 | 2,751.90 |
| 50967 | 1,220.00 |
| 50968 | 78.52 |
| 50969 | 3,754.69 |
| 50970 | 4,084.71 |
| 50973 | 14,198.90 |
| 50975 | 467.50 |
| 50988 | 2,740.00 |
| 50989 | 2,170.80 |
| 50990 | 250.43 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT C-1**

| Claim # | Recognized Claims |
|---------|-------------------|
| 50993 | 656.25 |
| 50995 | 1,106.75 |
| 51002 | 12,540.00 |
| 51006 | 186.52 |
| 51009 | 59,250.00 |
| 51010 | 26,737.50 |
| 51011 | 12,618.75 |
| 51012 | 5,737.50 |
| 51013 | 15,292.50 |
| 51014 | 2,670.00 |
| 51015 | 12,618.75 |
| 51016 | 4,575.00 |
| 51017 | 151,875.00 |
| 51018 | 7,500.00 |
| 51019 | 2,197.50 |
| 51020 | 5,261.80 |
| **Total** | **476** | **$11,871,805.42** |

**LATE, PROPERLY DOCUMENTED CLAIMS**                                    **EXHIBIT C-2**

| Claim # | Recognized Claims |
|---|---|
| 251 | 4,226.25 |
| 253 | 517.32 |
| 51021 | 80,625.00 |
| **Total** **3** | **$85,368.57** |

**INADEQUATELY DOCUMENTED CLAIMS**                                **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 3 | INADEQUATELY DOCUMENTED CLAIM |
| 36 | INADEQUATELY DOCUMENTED CLAIM |
| 40 | INADEQUATELY DOCUMENTED CLAIM |
| 48 | INADEQUATELY DOCUMENTED CLAIM |
| 69 | INADEQUATELY DOCUMENTED CLAIM |
| 70 | INADEQUATELY DOCUMENTED CLAIM |
| 77 | INADEQUATELY DOCUMENTED CLAIM |
| 89 | INADEQUATELY DOCUMENTED CLAIM |
| 106 | INADEQUATELY DOCUMENTED CLAIM |
| 108 | INADEQUATELY DOCUMENTED CLAIM |
| 120 | INADEQUATELY DOCUMENTED CLAIM |
| 122 | INADEQUATELY DOCUMENTED CLAIM |
| 136 | INADEQUATELY DOCUMENTED CLAIM |
| 137 | INADEQUATELY DOCUMENTED CLAIM |
| 139 | INADEQUATELY DOCUMENTED CLAIM |
| 140 | INADEQUATELY DOCUMENTED CLAIM |
| 152 | INADEQUATELY DOCUMENTED CLAIM |
| 164 | INADEQUATELY DOCUMENTED CLAIM |
| 171 | INADEQUATELY DOCUMENTED CLAIM |
| 178 | INADEQUATELY DOCUMENTED CLAIM |
| 182 | INADEQUATELY DOCUMENTED CLAIM |
| 186 | INADEQUATELY DOCUMENTED CLAIM |
| 190 | INADEQUATELY DOCUMENTED CLAIM |
| 200 | INADEQUATELY DOCUMENTED CLAIM |
| 201 | INADEQUATELY DOCUMENTED CLAIM |
| 219 | INADEQUATELY DOCUMENTED CLAIM |
| 224 | INADEQUATELY DOCUMENTED CLAIM |
| 225 | INADEQUATELY DOCUMENTED CLAIM |
| 237 | INADEQUATELY DOCUMENTED CLAIM |
| 239 | INADEQUATELY DOCUMENTED CLAIM |
| 241 | INADEQUATELY DOCUMENTED CLAIM |
| 245 | INADEQUATELY DOCUMENTED CLAIM |
| 50036 | INADEQUATELY DOCUMENTED CLAIM |
| 50037 | INADEQUATELY DOCUMENTED CLAIM |
| 50038 | INADEQUATELY DOCUMENTED CLAIM |
| 50039 | INADEQUATELY DOCUMENTED CLAIM |
| 50040 | INADEQUATELY DOCUMENTED CLAIM |
| 50041 | INADEQUATELY DOCUMENTED CLAIM |
| 50042 | INADEQUATELY DOCUMENTED CLAIM |
| 50043 | INADEQUATELY DOCUMENTED CLAIM |
| 50044 | INADEQUATELY DOCUMENTED CLAIM |
| 50045 | INADEQUATELY DOCUMENTED CLAIM |
| 50046 | INADEQUATELY DOCUMENTED CLAIM |
| 50047 | INADEQUATELY DOCUMENTED CLAIM |
| 50048 | INADEQUATELY DOCUMENTED CLAIM |
| 50049 | INADEQUATELY DOCUMENTED CLAIM |
| 50050 | INADEQUATELY DOCUMENTED CLAIM |

**INADEQUATELY DOCUMENTED CLAIMS**  **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 50051 | INADEQUATELY DOCUMENTED CLAIM |
| 50053 | INADEQUATELY DOCUMENTED CLAIM |
| 50054 | INADEQUATELY DOCUMENTED CLAIM |
| 50055 | INADEQUATELY DOCUMENTED CLAIM |
| 50056 | INADEQUATELY DOCUMENTED CLAIM |
| 50057 | INADEQUATELY DOCUMENTED CLAIM |
| 50058 | INADEQUATELY DOCUMENTED CLAIM |
| 50059 | INADEQUATELY DOCUMENTED CLAIM |
| 50060 | INADEQUATELY DOCUMENTED CLAIM |
| 50061 | INADEQUATELY DOCUMENTED CLAIM |
| 50062 | INADEQUATELY DOCUMENTED CLAIM |
| 50063 | INADEQUATELY DOCUMENTED CLAIM |
| 50064 | INADEQUATELY DOCUMENTED CLAIM |
| 50065 | INADEQUATELY DOCUMENTED CLAIM |
| 50066 | INADEQUATELY DOCUMENTED CLAIM |
| 50067 | INADEQUATELY DOCUMENTED CLAIM |
| 50068 | INADEQUATELY DOCUMENTED CLAIM |
| 50069 | INADEQUATELY DOCUMENTED CLAIM |
| 50070 | INADEQUATELY DOCUMENTED CLAIM |
| 50071 | INADEQUATELY DOCUMENTED CLAIM |
| 50072 | INADEQUATELY DOCUMENTED CLAIM |
| 50073 | INADEQUATELY DOCUMENTED CLAIM |
| 50074 | INADEQUATELY DOCUMENTED CLAIM |
| 50075 | INADEQUATELY DOCUMENTED CLAIM |
| 50076 | INADEQUATELY DOCUMENTED CLAIM |
| 50077 | INADEQUATELY DOCUMENTED CLAIM |
| 50078 | INADEQUATELY DOCUMENTED CLAIM |
| 50079 | INADEQUATELY DOCUMENTED CLAIM |
| 50080 | INADEQUATELY DOCUMENTED CLAIM |
| 50081 | INADEQUATELY DOCUMENTED CLAIM |
| 50082 | INADEQUATELY DOCUMENTED CLAIM |
| 50083 | INADEQUATELY DOCUMENTED CLAIM |
| 50084 | INADEQUATELY DOCUMENTED CLAIM |
| 50085 | INADEQUATELY DOCUMENTED CLAIM |
| 50086 | INADEQUATELY DOCUMENTED CLAIM |
| 50087 | INADEQUATELY DOCUMENTED CLAIM |
| 50088 | INADEQUATELY DOCUMENTED CLAIM |
| 50089 | INADEQUATELY DOCUMENTED CLAIM |
| 50090 | INADEQUATELY DOCUMENTED CLAIM |
| 50091 | INADEQUATELY DOCUMENTED CLAIM |
| 50092 | INADEQUATELY DOCUMENTED CLAIM |
| 50093 | INADEQUATELY DOCUMENTED CLAIM |
| 50094 | INADEQUATELY DOCUMENTED CLAIM |
| 50095 | INADEQUATELY DOCUMENTED CLAIM |
| 50096 | INADEQUATELY DOCUMENTED CLAIM |
| 50097 | INADEQUATELY DOCUMENTED CLAIM |
| 50098 | INADEQUATELY DOCUMENTED CLAIM |

**INADEQUATELY DOCUMENTED CLAIMS**          **EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 50099 | INADEQUATELY DOCUMENTED CLAIM |
| 50100 | INADEQUATELY DOCUMENTED CLAIM |
| 50101 | INADEQUATELY DOCUMENTED CLAIM |
| 50102 | INADEQUATELY DOCUMENTED CLAIM |
| 50103 | INADEQUATELY DOCUMENTED CLAIM |
| 50104 | INADEQUATELY DOCUMENTED CLAIM |
| 50105 | INADEQUATELY DOCUMENTED CLAIM |
| 50106 | INADEQUATELY DOCUMENTED CLAIM |
| 50107 | INADEQUATELY DOCUMENTED CLAIM |
| 50108 | INADEQUATELY DOCUMENTED CLAIM |
| 50109 | INADEQUATELY DOCUMENTED CLAIM |
| 50110 | INADEQUATELY DOCUMENTED CLAIM |
| 50111 | INADEQUATELY DOCUMENTED CLAIM |
| 50112 | INADEQUATELY DOCUMENTED CLAIM |
| 50113 | INADEQUATELY DOCUMENTED CLAIM |
| 50114 | INADEQUATELY DOCUMENTED CLAIM |
| 50115 | INADEQUATELY DOCUMENTED CLAIM |
| 50116 | INADEQUATELY DOCUMENTED CLAIM |
| 50117 | INADEQUATELY DOCUMENTED CLAIM |
| 50118 | INADEQUATELY DOCUMENTED CLAIM |
| 50119 | INADEQUATELY DOCUMENTED CLAIM |
| 50120 | INADEQUATELY DOCUMENTED CLAIM |
| 50121 | INADEQUATELY DOCUMENTED CLAIM |
| 50122 | INADEQUATELY DOCUMENTED CLAIM |
| 50123 | INADEQUATELY DOCUMENTED CLAIM |
| 50124 | INADEQUATELY DOCUMENTED CLAIM |
| 50125 | INADEQUATELY DOCUMENTED CLAIM |
| 50126 | INADEQUATELY DOCUMENTED CLAIM |
| 50127 | INADEQUATELY DOCUMENTED CLAIM |
| 50128 | INADEQUATELY DOCUMENTED CLAIM |
| 50129 | INADEQUATELY DOCUMENTED CLAIM |
| 50130 | INADEQUATELY DOCUMENTED CLAIM |
| 50131 | INADEQUATELY DOCUMENTED CLAIM |
| 50132 | INADEQUATELY DOCUMENTED CLAIM |
| 50133 | INADEQUATELY DOCUMENTED CLAIM |
| 50134 | INADEQUATELY DOCUMENTED CLAIM |
| 50160 | INADEQUATELY DOCUMENTED CLAIM |
| 50193 | INADEQUATELY DOCUMENTED CLAIM |
| 50254 | INADEQUATELY DOCUMENTED CLAIM |
| 50255 | INADEQUATELY DOCUMENTED CLAIM |
| 50256 | INADEQUATELY DOCUMENTED CLAIM |
| 50291 | INADEQUATELY DOCUMENTED CLAIM |

**TOTAL**                    **136**

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 4 | NO RECOGNIZED LOSSES |
| 5 | NO RECOGNIZED LOSSES |
| 7 | NO RECOGNIZED LOSSES |
| 9 | DUPLICATE CLAIM FILED |
| 11 | NO RECOGNIZED LOSSES |
| 14 | NO RECOGNIZED LOSSES |
| 19 | NO RECOGNIZED LOSSES |
| 22 | DUPLICATE CLAIM FILED |
| 23 | NO RECOGNIZED LOSSES |
| 27 | NO RECOGNIZED LOSSES |
| 30 | NO RECOGNIZED LOSSES |
| 33 | NO RECOGNIZED LOSSES |
| 34 | NO RECOGNIZED LOSSES |
| 39 | PURCHASED OUTSIDE CLASS PERIOD |
| 41 | NO RECOGNIZED LOSSES |
| 42 | NO RECOGNIZED LOSSES |
| 43 | NO RECOGNIZED LOSSES |
| 46 | NO RECOGNIZED LOSSES |
| 47 | PURCHASED OUTSIDE CLASS PERIOD |
| 52 | NO RECOGNIZED LOSSES |
| 53 | NO RECOGNIZED LOSSES |
| 57 | NO RECOGNIZED LOSSES |
| 59 | NO RECOGNIZED LOSSES |
| 60 | NO RECOGNIZED LOSSES |
| 65 | NO RECOGNIZED LOSSES |
| 66 | NO RECOGNIZED LOSSES |
| 72 | NO RECOGNIZED LOSSES |
| 73 | NO RECOGNIZED LOSSES |
| 76 | NO RECOGNIZED LOSSES |
| 78 | NO RECOGNIZED LOSSES |
| 79 | PURCHASED OUTSIDE CLASS PERIOD |
| 80 | NO RECOGNIZED LOSSES |
| 81 | NO RECOGNIZED LOSSES |
| 86 | PURCHASED OUTSIDE CLASS PERIOD |
| 93 | NO RECOGNIZED LOSSES |
| 101 | NO RECOGNIZED LOSSES |
| 104 | NO RECOGNIZED LOSSES |
| 105 | NO RECOGNIZED LOSSES |
| 107 | PURCHASED OUTSIDE CLASS PERIOD |
| 109 | NO RECOGNIZED LOSSES |
| 111 | PURCHASED OUTSIDE CLASS PERIOD |
| 121 | PURCHASED OUTSIDE CLASS PERIOD |
| 125 | NO RECOGNIZED LOSSES |
| 126 | NO RECOGNIZED LOSSES |
| 127 | NO RECOGNIZED LOSSES |
| 129 | NO RECOGNIZED LOSSES |
| 131 | NO RECOGNIZED LOSSES |
| 132 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 134 | NO RECOGNIZED LOSSES |
| 146 | NO RECOGNIZED LOSSES |
| 147 | NO RECOGNIZED LOSSES |
| 149 | NO RECOGNIZED LOSSES |
| 151 | NO RECOGNIZED LOSSES |
| 153 | PURCHASED OUTSIDE CLASS PERIOD |
| 154 | PURCHASED OUTSIDE CLASS PERIOD |
| 155 | PURCHASED OUTSIDE CLASS PERIOD |
| 158 | PURCHASED OUTSIDE CLASS PERIOD |
| 159 | PURCHASED OUTSIDE CLASS PERIOD |
| 160 | PURCHASED OUTSIDE CLASS PERIOD |
| 162 | NO RECOGNIZED LOSSES |
| 163 | NO RECOGNIZED LOSSES |
| 165 | NO RECOGNIZED LOSSES |
| 166 | NO RECOGNIZED LOSSES |
| 170 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 174 | NO RECOGNIZED LOSSES |
| 177 | NO RECOGNIZED LOSSES |
| 179 | NO RECOGNIZED LOSSES |
| 183 | NO RECOGNIZED LOSSES |
| 185 | NO RECOGNIZED LOSSES |
| 189 | PURCHASED OUTSIDE CLASS PERIOD |
| 193 | PURCHASED OUTSIDE CLASS PERIOD |
| 196 | NO RECOGNIZED LOSSES |
| 199 | PURCHASED OUTSIDE CLASS PERIOD |
| 202 | PURCHASED OUTSIDE CLASS PERIOD |
| 204 | NO RECOGNIZED LOSSES |
| 205 | NO RECOGNIZED LOSSES |
| 208 | NO RECOGNIZED LOSSES |
| 210 | NO RECOGNIZED LOSSES |
| 212 | PURCHASED OUTSIDE CLASS PERIOD |
| 213 | NO RECOGNIZED LOSSES |
| 220 | NO RECOGNIZED LOSSES |
| 221 | NO RECOGNIZED LOSSES |
| 223 | NO RECOGNIZED LOSSES |
| 228 | NO RECOGNIZED LOSSES |
| 229 | WRONG STOCK |
| 230 | WRONG STOCK |
| 231 | WRONG STOCK |
| 232 | NO RECOGNIZED LOSSES |
| 233 | PURCHASED OUTSIDE CLASS PERIOD |
| 234 | PURCHASED OUTSIDE CLASS PERIOD |
| 235 | PURCHASED OUTSIDE CLASS PERIOD |
| 238 | NO RECOGNIZED LOSSES |
| 240 | SHARES NOT PURCHASED |
| 244 | PURCHASED OUTSIDE CLASS PERIOD |
| 252 | PURCHASED OUTSIDE CLASS PERIOD |

## INELIGIBLE CLAIMS

| Claim # | Rejection Reason |
| --- | --- |
| 50000 | SHARES NOT PURCHASED |
| 50001 | NO RECOGNIZED LOSSES |
| 50002 | NO RECOGNIZED LOSSES |
| 50003 | NO RECOGNIZED LOSSES |
| 50004 | NO RECOGNIZED LOSSES |
| 50005 | NO RECOGNIZED LOSSES |
| 50006 | NO RECOGNIZED LOSSES |
| 50007 | SHARES SOLD SHORT |
| 50008 | NO RECOGNIZED LOSSES |
| 50009 | NO RECOGNIZED LOSSES |
| 50010 | NO RECOGNIZED LOSSES |
| 50011 | NO RECOGNIZED LOSSES |
| 50012 | NO RECOGNIZED LOSSES |
| 50013 | NO RECOGNIZED LOSSES |
| 50014 | NO RECOGNIZED LOSSES |
| 50015 | NO RECOGNIZED LOSSES |
| 50016 | SHARES SOLD SHORT |
| 50017 | SHARES SOLD SHORT |
| 50024 | NO RECOGNIZED LOSSES |
| 50025 | PURCHASED OUTSIDE CLASS PERIOD |
| 50026 | PURCHASED OUTSIDE CLASS PERIOD |
| 50031 | PURCHASED OUTSIDE CLASS PERIOD |
| 50035 | NO RECOGNIZED LOSSES |
| 50052 | NO RECOGNIZED LOSSES |
| 50135 | NO RECOGNIZED LOSSES |
| 50136 | NO RECOGNIZED LOSSES |
| 50137 | PURCHASED OUTSIDE CLASS PERIOD |
| 50139 | NO RECOGNIZED LOSSES |
| 50141 | NO RECOGNIZED LOSSES |
| 50142 | NO RECOGNIZED LOSSES |
| 50143 | NO RECOGNIZED LOSSES |
| 50144 | PURCHASED OUTSIDE CLASS PERIOD |
| 50145 | NO RECOGNIZED LOSSES |
| 50146 | PURCHASED OUTSIDE CLASS PERIOD |
| 50147 | NO RECOGNIZED LOSSES |
| 50148 | NO RECOGNIZED LOSSES |
| 50149 | NO RECOGNIZED LOSSES |
| 50150 | NO RECOGNIZED LOSSES |
| 50151 | PURCHASED OUTSIDE CLASS PERIOD |
| 50152 | NO RECOGNIZED LOSSES |
| 50153 | NO RECOGNIZED LOSSES |
| 50154 | NO RECOGNIZED LOSSES |
| 50155 | PURCHASED OUTSIDE CLASS PERIOD |
| 50156 | NO RECOGNIZED LOSSES |
| 50157 | NO RECOGNIZED LOSSES |
| 50159 | NO RECOGNIZED LOSSES |
| 50161 | NO RECOGNIZED LOSSES |
| 50162 | PURCHASED OUTSIDE CLASS PERIOD |

## INELIGIBLE CLAIMS

| Claim # | Rejection Reason |
|---|---|
| 50163 | PURCHASED OUTSIDE CLASS PERIOD |
| 50164 | NO RECOGNIZED LOSSES |
| 50166 | PURCHASED OUTSIDE CLASS PERIOD |
| 50167 | NO RECOGNIZED LOSSES |
| 50168 | NO RECOGNIZED LOSSES |
| 50169 | PURCHASED OUTSIDE CLASS PERIOD |
| 50170 | PURCHASED OUTSIDE CLASS PERIOD |
| 50171 | PURCHASED OUTSIDE CLASS PERIOD |
| 50172 | NO RECOGNIZED LOSSES |
| 50173 | PURCHASED OUTSIDE CLASS PERIOD |
| 50174 | NO RECOGNIZED LOSSES |
| 50175 | PURCHASED OUTSIDE CLASS PERIOD |
| 50176 | NO RECOGNIZED LOSSES |
| 50177 | PURCHASED OUTSIDE CLASS PERIOD |
| 50178 | PURCHASED OUTSIDE CLASS PERIOD |
| 50179 | PURCHASED OUTSIDE CLASS PERIOD |
| 50180 | NO RECOGNIZED LOSSES |
| 50181 | PURCHASED OUTSIDE CLASS PERIOD |
| 50182 | PURCHASED OUTSIDE CLASS PERIOD |
| 50183 | NO RECOGNIZED LOSSES |
| 50184 | PURCHASED OUTSIDE CLASS PERIOD |
| 50185 | NO RECOGNIZED LOSSES |
| 50186 | PURCHASED OUTSIDE CLASS PERIOD |
| 50187 | NO RECOGNIZED LOSSES |
| 50188 | NO RECOGNIZED LOSSES |
| 50189 | PURCHASED OUTSIDE CLASS PERIOD |
| 50190 | NO RECOGNIZED LOSSES |
| 50191 | NO RECOGNIZED LOSSES |
| 50194 | NO RECOGNIZED LOSSES |
| 50195 | NO RECOGNIZED LOSSES |
| 50196 | NO RECOGNIZED LOSSES |
| 50197 | NO RECOGNIZED LOSSES |
| 50198 | NO RECOGNIZED LOSSES |
| 50199 | PURCHASED OUTSIDE CLASS PERIOD |
| 50200 | PURCHASED OUTSIDE CLASS PERIOD |
| 50201 | PURCHASED OUTSIDE CLASS PERIOD |
| 50202 | SHARES SOLD SHORT |
| 50203 | PURCHASED OUTSIDE CLASS PERIOD |
| 50204 | PURCHASED OUTSIDE CLASS PERIOD |
| 50205 | NO RECOGNIZED LOSSES |
| 50206 | NO RECOGNIZED LOSSES |
| 50207 | NO RECOGNIZED LOSSES |
| 50208 | NO RECOGNIZED LOSSES |
| 50209 | NO RECOGNIZED LOSSES |
| 50210 | NO RECOGNIZED LOSSES |
| 50211 | NO RECOGNIZED LOSSES |
| 50212 | NO RECOGNIZED LOSSES |
| 50213 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 50214 | PURCHASED OUTSIDE CLASS PERIOD |
| 50215 | PURCHASED OUTSIDE CLASS PERIOD |
| 50216 | PURCHASED OUTSIDE CLASS PERIOD |
| 50217 | PURCHASED OUTSIDE CLASS PERIOD |
| 50218 | NO RECOGNIZED LOSSES |
| 50219 | NO RECOGNIZED LOSSES |
| 50220 | NO RECOGNIZED LOSSES |
| 50221 | NO RECOGNIZED LOSSES |
| 50222 | SHARES SOLD SHORT |
| 50223 | NO RECOGNIZED LOSSES |
| 50224 | PURCHASED OUTSIDE CLASS PERIOD |
| 50225 | NO RECOGNIZED LOSSES |
| 50226 | NO RECOGNIZED LOSSES |
| 50227 | PURCHASED OUTSIDE CLASS PERIOD |
| 50228 | PURCHASED OUTSIDE CLASS PERIOD |
| 50229 | PURCHASED OUTSIDE CLASS PERIOD |
| 50230 | NO RECOGNIZED LOSSES |
| 50231 | PURCHASED OUTSIDE CLASS PERIOD |
| 50232 | PURCHASED OUTSIDE CLASS PERIOD |
| 50233 | NO RECOGNIZED LOSSES |
| 50234 | PURCHASED OUTSIDE CLASS PERIOD |
| 50235 | PURCHASED OUTSIDE CLASS PERIOD |
| 50236 | PURCHASED OUTSIDE CLASS PERIOD |
| 50237 | PURCHASED OUTSIDE CLASS PERIOD |
| 50238 | PURCHASED OUTSIDE CLASS PERIOD |
| 50239 | NO RECOGNIZED LOSSES |
| 50240 | NO RECOGNIZED LOSSES |
| 50241 | PURCHASED OUTSIDE CLASS PERIOD |
| 50242 | NO RECOGNIZED LOSSES |
| 50243 | NO RECOGNIZED LOSSES |
| 50244 | NO RECOGNIZED LOSSES |
| 50245 | NO RECOGNIZED LOSSES |
| 50246 | NO RECOGNIZED LOSSES |
| 50247 | NO RECOGNIZED LOSSES |
| 50248 | NO RECOGNIZED LOSSES |
| 50249 | NO RECOGNIZED LOSSES |
| 50250 | SHARES SOLD SHORT |
| 50252 | NO RECOGNIZED LOSSES |
| 50253 | PURCHASED OUTSIDE CLASS PERIOD |
| 50257 | NO RECOGNIZED LOSSES |
| 50258 | PURCHASED OUTSIDE CLASS PERIOD |
| 50259 | PURCHASED OUTSIDE CLASS PERIOD |
| 50260 | PURCHASED OUTSIDE CLASS PERIOD |
| 50261 | PURCHASED OUTSIDE CLASS PERIOD |
| 50262 | SHARES SOLD SHORT |
| 50263 | PURCHASED OUTSIDE CLASS PERIOD |
| 50264 | PURCHASED OUTSIDE CLASS PERIOD |
| 50265 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 50268 | PURCHASED OUTSIDE CLASS PERIOD |
| 50269 | NO RECOGNIZED LOSSES |
| 50270 | NO RECOGNIZED LOSSES |
| 50271 | NO RECOGNIZED LOSSES |
| 50272 | NO RECOGNIZED LOSSES |
| 50273 | NO RECOGNIZED LOSSES |
| 50274 | NO RECOGNIZED LOSSES |
| 50275 | NO RECOGNIZED LOSSES |
| 50276 | NO RECOGNIZED LOSSES |
| 50277 | NO RECOGNIZED LOSSES |
| 50278 | NO RECOGNIZED LOSSES |
| 50279 | PURCHASED OUTSIDE CLASS PERIOD |
| 50282 | PURCHASED OUTSIDE CLASS PERIOD |
| 50283 | NO RECOGNIZED LOSSES |
| 50284 | NO RECOGNIZED LOSSES |
| 50286 | PURCHASED OUTSIDE CLASS PERIOD |
| 50287 | PURCHASED OUTSIDE CLASS PERIOD |
| 50288 | NO RECOGNIZED LOSSES |
| 50289 | PURCHASED OUTSIDE CLASS PERIOD |
| 50290 | SHARES SOLD SHORT |
| 50293 | SHARES SOLD SHORT |
| 50294 | NO RECOGNIZED LOSSES |
| 50296 | NO RECOGNIZED LOSSES |
| 50297 | NO RECOGNIZED LOSSES |
| 50298 | NO RECOGNIZED LOSSES |
| 50299 | NO RECOGNIZED LOSSES |
| 50300 | SHARES NOT PURCHASED |
| 50301 | PURCHASED OUTSIDE CLASS PERIOD |
| 50304 | SHARES NOT PURCHASED |
| 50306 | SHARES NOT PURCHASED |
| 50307 | PURCHASED OUTSIDE CLASS PERIOD |
| 50308 | PURCHASED OUTSIDE CLASS PERIOD |
| 50309 | SHARES NOT PURCHASED |
| 50310 | NO RECOGNIZED LOSSES |
| 50311 | NO RECOGNIZED LOSSES |
| 50312 | NO RECOGNIZED LOSSES |
| 50313 | NO RECOGNIZED LOSSES |
| 50314 | NO RECOGNIZED LOSSES |
| 50321 | PURCHASED OUTSIDE CLASS PERIOD |
| 50322 | PURCHASED OUTSIDE CLASS PERIOD |
| 50324 | NO RECOGNIZED LOSSES |
| 50325 | NO RECOGNIZED LOSSES |
| 50326 | NO RECOGNIZED LOSSES |
| 50327 | NO RECOGNIZED LOSSES |
| 50328 | PURCHASED OUTSIDE CLASS PERIOD |
| 50329 | NO RECOGNIZED LOSSES |
| 50330 | NO RECOGNIZED LOSSES |
| 50331 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
| --- | --- |
| 50332 | SHARES NOT PURCHASED |
| 50333 | NO RECOGNIZED LOSSES |
| 50334 | NO RECOGNIZED LOSSES |
| 50335 | NO RECOGNIZED LOSSES |
| 50337 | SHARES NOT PURCHASED |
| 50338 | SHARES NOT PURCHASED |
| 50339 | NO RECOGNIZED LOSSES |
| 50340 | SHARES NOT PURCHASED |
| 50341 | SHARES NOT PURCHASED |
| 50342 | NO RECOGNIZED LOSSES |
| 50343 | SHARES NOT PURCHASED |
| 50344 | NO RECOGNIZED LOSSES |
| 50345 | NO RECOGNIZED LOSSES |
| 50346 | NO RECOGNIZED LOSSES |
| 50348 | NO RECOGNIZED LOSSES |
| 50349 | SHARES NOT PURCHASED |
| 50350 | SHARES NOT PURCHASED |
| 50351 | NO RECOGNIZED LOSSES |
| 50352 | NO RECOGNIZED LOSSES |
| 50354 | SHARES NOT PURCHASED |
| 50355 | NO RECOGNIZED LOSSES |
| 50356 | SHARES NOT PURCHASED |
| 50357 | SHARES NOT PURCHASED |
| 50358 | NO RECOGNIZED LOSSES |
| 50359 | SHARES NOT PURCHASED |
| 50360 | SHARES NOT PURCHASED |
| 50361 | NO RECOGNIZED LOSSES |
| 50362 | NO RECOGNIZED LOSSES |
| 50363 | NO RECOGNIZED LOSSES |
| 50364 | NO RECOGNIZED LOSSES |
| 50365 | SHARES NOT PURCHASED |
| 50366 | SHARES NOT PURCHASED |
| 50367 | NO RECOGNIZED LOSSES |
| 50368 | NO RECOGNIZED LOSSES |
| 50370 | NO RECOGNIZED LOSSES |
| 50371 | NO RECOGNIZED LOSSES |
| 50372 | SHARES NOT PURCHASED |
| 50373 | SHARES NOT PURCHASED |
| 50374 | SHARES NOT PURCHASED |
| 50375 | SHARES NOT PURCHASED |
| 50376 | SHARES NOT PURCHASED |
| 50377 | SHARES NOT PURCHASED |
| 50378 | SHARES NOT PURCHASED |
| 50379 | SHARES NOT PURCHASED |
| 50380 | SHARES NOT PURCHASED |
| 50381 | SHARES NOT PURCHASED |
| 50382 | SHARES NOT PURCHASED |
| 50383 | SHARES NOT PURCHASED |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 50384 | SHARES NOT PURCHASED |
| 50385 | PURCHASED OUTSIDE CLASS PERIOD |
| 50386 | PURCHASED OUTSIDE CLASS PERIOD |
| 50389 | NO RECOGNIZED LOSSES |
| 50390 | PURCHASED OUTSIDE CLASS PERIOD |
| 50391 | PURCHASED OUTSIDE CLASS PERIOD |
| 50392 | NO RECOGNIZED LOSSES |
| 50393 | NO RECOGNIZED LOSSES |
| 50394 | NO RECOGNIZED LOSSES |
| 50395 | NO RECOGNIZED LOSSES |
| 50396 | NO RECOGNIZED LOSSES |
| 50397 | NO RECOGNIZED LOSSES |
| 50399 | NO RECOGNIZED LOSSES |
| 50401 | NO RECOGNIZED LOSSES |
| 50402 | NO RECOGNIZED LOSSES |
| 50403 | NO RECOGNIZED LOSSES |
| 50405 | NO RECOGNIZED LOSSES |
| 50406 | SHARES NOT PURCHASED |
| 50408 | SHARES NOT PURCHASED |
| 50409 | PURCHASED OUTSIDE CLASS PERIOD |
| 50410 | NO RECOGNIZED LOSSES |
| 50411 | NO RECOGNIZED LOSSES |
| 50412 | PURCHASED OUTSIDE CLASS PERIOD |
| 50413 | NO RECOGNIZED LOSSES |
| 50414 | PURCHASED OUTSIDE CLASS PERIOD |
| 50415 | NO RECOGNIZED LOSSES |
| 50419 | NO RECOGNIZED LOSSES |
| 50420 | NO RECOGNIZED LOSSES |
| 50421 | NO RECOGNIZED LOSSES |
| 50422 | NO RECOGNIZED LOSSES |
| 50423 | NO RECOGNIZED LOSSES |
| 50424 | NO RECOGNIZED LOSSES |
| 50425 | NO RECOGNIZED LOSSES |
| 50426 | NO RECOGNIZED LOSSES |
| 50427 | NO RECOGNIZED LOSSES |
| 50428 | NO RECOGNIZED LOSSES |
| 50430 | PURCHASED OUTSIDE CLASS PERIOD |
| 50431 | PURCHASED OUTSIDE CLASS PERIOD |
| 50433 | NO RECOGNIZED LOSSES |
| 50434 | SHARES SOLD SHORT |
| 50435 | NO RECOGNIZED LOSSES |
| 50436 | SHARES NOT PURCHASED |
| 50440 | NO RECOGNIZED LOSSES |
| 50441 | NO RECOGNIZED LOSSES |
| 50443 | NO RECOGNIZED LOSSES |
| 50444 | NO RECOGNIZED LOSSES |
| 50445 | NO RECOGNIZED LOSSES |
| 50447 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 50452 | NO RECOGNIZED LOSSES |
| 50453 | NO RECOGNIZED LOSSES |
| 50454 | NO RECOGNIZED LOSSES |
| 50455 | NO RECOGNIZED LOSSES |
| 50456 | NO RECOGNIZED LOSSES |
| 50457 | NO RECOGNIZED LOSSES |
| 50458 | NO RECOGNIZED LOSSES |
| 50459 | PURCHASED OUTSIDE CLASS PERIOD |
| 50460 | NO RECOGNIZED LOSSES |
| 50461 | PURCHASED OUTSIDE CLASS PERIOD |
| 50462 | NO RECOGNIZED LOSSES |
| 50463 | NO RECOGNIZED LOSSES |
| 50464 | PURCHASED OUTSIDE CLASS PERIOD |
| 50465 | PURCHASED OUTSIDE CLASS PERIOD |
| 50466 | NO RECOGNIZED LOSSES |
| 50467 | SHARES SOLD SHORT |
| 50468 | NO RECOGNIZED LOSSES |
| 50469 | PURCHASED OUTSIDE CLASS PERIOD |
| 50470 | NO RECOGNIZED LOSSES |
| 50471 | NO RECOGNIZED LOSSES |
| 50472 | NO RECOGNIZED LOSSES |
| 50473 | PURCHASED OUTSIDE CLASS PERIOD |
| 50474 | PURCHASED OUTSIDE CLASS PERIOD |
| 50475 | PURCHASED OUTSIDE CLASS PERIOD |
| 50477 | PURCHASED OUTSIDE CLASS PERIOD |
| 50478 | NO RECOGNIZED LOSSES |
| 50479 | NO RECOGNIZED LOSSES |
| 50481 | PURCHASED OUTSIDE CLASS PERIOD |
| 50482 | NO RECOGNIZED LOSSES |
| 50483 | PURCHASED OUTSIDE CLASS PERIOD |
| 50484 | NO RECOGNIZED LOSSES |
| 50485 | PURCHASED OUTSIDE CLASS PERIOD |
| 50486 | NO RECOGNIZED LOSSES |
| 50487 | NO RECOGNIZED LOSSES |
| 50488 | PURCHASED OUTSIDE CLASS PERIOD |
| 50489 | PURCHASED OUTSIDE CLASS PERIOD |
| 50490 | PURCHASED OUTSIDE CLASS PERIOD |
| 50491 | PURCHASED OUTSIDE CLASS PERIOD |
| 50492 | PURCHASED OUTSIDE CLASS PERIOD |
| 50493 | PURCHASED OUTSIDE CLASS PERIOD |
| 50494 | NO RECOGNIZED LOSSES |
| 50495 | NO RECOGNIZED LOSSES |
| 50496 | PURCHASED OUTSIDE CLASS PERIOD |
| 50497 | NO RECOGNIZED LOSSES |
| 50498 | PURCHASED OUTSIDE CLASS PERIOD |
| 50499 | NO RECOGNIZED LOSSES |
| 50500 | PURCHASED OUTSIDE CLASS PERIOD |
| 50501 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 50502 | PURCHASED OUTSIDE CLASS PERIOD |
| 50503 | NO RECOGNIZED LOSSES |
| 50504 | PURCHASED OUTSIDE CLASS PERIOD |
| 50505 | NO RECOGNIZED LOSSES |
| 50506 | PURCHASED OUTSIDE CLASS PERIOD |
| 50507 | PURCHASED OUTSIDE CLASS PERIOD |
| 50508 | NO RECOGNIZED LOSSES |
| 50509 | PURCHASED OUTSIDE CLASS PERIOD |
| 50510 | PURCHASED OUTSIDE CLASS PERIOD |
| 50511 | NO RECOGNIZED LOSSES |
| 50512 | NO RECOGNIZED LOSSES |
| 50513 | NO RECOGNIZED LOSSES |
| 50514 | PURCHASED OUTSIDE CLASS PERIOD |
| 50515 | PURCHASED OUTSIDE CLASS PERIOD |
| 50516 | NO RECOGNIZED LOSSES |
| 50517 | PURCHASED OUTSIDE CLASS PERIOD |
| 50518 | NO RECOGNIZED LOSSES |
| 50519 | PURCHASED OUTSIDE CLASS PERIOD |
| 50520 | PURCHASED OUTSIDE CLASS PERIOD |
| 50521 | NO RECOGNIZED LOSSES |
| 50522 | NO RECOGNIZED LOSSES |
| 50523 | PURCHASED OUTSIDE CLASS PERIOD |
| 50524 | NO RECOGNIZED LOSSES |
| 50525 | SHARES SOLD SHORT |
| 50526 | NO RECOGNIZED LOSSES |
| 50527 | PURCHASED OUTSIDE CLASS PERIOD |
| 50528 | PURCHASED OUTSIDE CLASS PERIOD |
| 50529 | PURCHASED OUTSIDE CLASS PERIOD |
| 50530 | PURCHASED OUTSIDE CLASS PERIOD |
| 50531 | PURCHASED OUTSIDE CLASS PERIOD |
| 50532 | SHARES SOLD SHORT |
| 50533 | PURCHASED OUTSIDE CLASS PERIOD |
| 50534 | PURCHASED OUTSIDE CLASS PERIOD |
| 50535 | NO RECOGNIZED LOSSES |
| 50536 | PURCHASED OUTSIDE CLASS PERIOD |
| 50537 | PURCHASED OUTSIDE CLASS PERIOD |
| 50538 | PURCHASED OUTSIDE CLASS PERIOD |
| 50539 | PURCHASED OUTSIDE CLASS PERIOD |
| 50540 | PURCHASED OUTSIDE CLASS PERIOD |
| 50541 | PURCHASED OUTSIDE CLASS PERIOD |
| 50542 | PURCHASED OUTSIDE CLASS PERIOD |
| 50543 | SHARES SOLD SHORT |
| 50544 | PURCHASED OUTSIDE CLASS PERIOD |
| 50545 | NO RECOGNIZED LOSSES |
| 50546 | PURCHASED OUTSIDE CLASS PERIOD |
| 50547 | PURCHASED OUTSIDE CLASS PERIOD |
| 50548 | PURCHASED OUTSIDE CLASS PERIOD |
| 50549 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 50550 | PURCHASED OUTSIDE CLASS PERIOD |
| 50551 | PURCHASED OUTSIDE CLASS PERIOD |
| 50552 | NO RECOGNIZED LOSSES |
| 50553 | PURCHASED OUTSIDE CLASS PERIOD |
| 50554 | PURCHASED OUTSIDE CLASS PERIOD |
| 50555 | PURCHASED OUTSIDE CLASS PERIOD |
| 50556 | NO RECOGNIZED LOSSES |
| 50557 | PURCHASED OUTSIDE CLASS PERIOD |
| 50558 | SHARES SOLD SHORT |
| 50559 | NO RECOGNIZED LOSSES |
| 50560 | NO RECOGNIZED LOSSES |
| 50561 | PURCHASED OUTSIDE CLASS PERIOD |
| 50562 | PURCHASED OUTSIDE CLASS PERIOD |
| 50563 | NO RECOGNIZED LOSSES |
| 50564 | PURCHASED OUTSIDE CLASS PERIOD |
| 50565 | PURCHASED OUTSIDE CLASS PERIOD |
| 50566 | PURCHASED OUTSIDE CLASS PERIOD |
| 50567 | PURCHASED OUTSIDE CLASS PERIOD |
| 50568 | PURCHASED OUTSIDE CLASS PERIOD |
| 50569 | PURCHASED OUTSIDE CLASS PERIOD |
| 50570 | PURCHASED OUTSIDE CLASS PERIOD |
| 50571 | NO RECOGNIZED LOSSES |
| 50572 | NO RECOGNIZED LOSSES |
| 50573 | PURCHASED OUTSIDE CLASS PERIOD |
| 50574 | PURCHASED OUTSIDE CLASS PERIOD |
| 50575 | NO RECOGNIZED LOSSES |
| 50576 | SHARES SOLD SHORT |
| 50577 | PURCHASED OUTSIDE CLASS PERIOD |
| 50578 | PURCHASED OUTSIDE CLASS PERIOD |
| 50579 | PURCHASED OUTSIDE CLASS PERIOD |
| 50580 | PURCHASED OUTSIDE CLASS PERIOD |
| 50581 | PURCHASED OUTSIDE CLASS PERIOD |
| 50582 | PURCHASED OUTSIDE CLASS PERIOD |
| 50583 | PURCHASED OUTSIDE CLASS PERIOD |
| 50584 | SHARES NOT PURCHASED |
| 50585 | PURCHASED OUTSIDE CLASS PERIOD |
| 50586 | PURCHASED OUTSIDE CLASS PERIOD |
| 50587 | PURCHASED OUTSIDE CLASS PERIOD |
| 50588 | NO RECOGNIZED LOSSES |
| 50589 | PURCHASED OUTSIDE CLASS PERIOD |
| 50590 | PURCHASED OUTSIDE CLASS PERIOD |
| 50591 | NO RECOGNIZED LOSSES |
| 50592 | PURCHASED OUTSIDE CLASS PERIOD |
| 50593 | PURCHASED OUTSIDE CLASS PERIOD |
| 50594 | NO RECOGNIZED LOSSES |
| 50596 | NO RECOGNIZED LOSSES |
| 50597 | PURCHASED OUTSIDE CLASS PERIOD |
| 50598 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 50599 | NO RECOGNIZED LOSSES |
| 50600 | PURCHASED OUTSIDE CLASS PERIOD |
| 50601 | NO RECOGNIZED LOSSES |
| 50602 | NO RECOGNIZED LOSSES |
| 50603 | NO RECOGNIZED LOSSES |
| 50604 | PURCHASED OUTSIDE CLASS PERIOD |
| 50606 | SHARES NOT PURCHASED |
| 50607 | NO RECOGNIZED LOSSES |
| 50608 | NO RECOGNIZED LOSSES |
| 50609 | NO RECOGNIZED LOSSES |
| 50633 | NO RECOGNIZED LOSSES |
| 50635 | SHARES SOLD SHORT |
| 50636 | NO RECOGNIZED LOSSES |
| 50637 | NO RECOGNIZED LOSSES |
| 50638 | NO RECOGNIZED LOSSES |
| 50639 | NO RECOGNIZED LOSSES |
| 50640 | NO RECOGNIZED LOSSES |
| 50641 | PURCHASED OUTSIDE CLASS PERIOD |
| 50648 | NO RECOGNIZED LOSSES |
| 50651 | NO RECOGNIZED LOSSES |
| 50697 | PURCHASED OUTSIDE CLASS PERIOD |
| 50703 | PURCHASED OUTSIDE CLASS PERIOD |
| 50704 | PURCHASED OUTSIDE CLASS PERIOD |
| 50744 | PURCHASED OUTSIDE CLASS PERIOD |
| 50746 | PURCHASED OUTSIDE CLASS PERIOD |
| 50749 | PURCHASED OUTSIDE CLASS PERIOD |
| 50750 | PURCHASED OUTSIDE CLASS PERIOD |
| 50756 | PURCHASED OUTSIDE CLASS PERIOD |
| 50757 | PURCHASED OUTSIDE CLASS PERIOD |
| 50761 | PURCHASED OUTSIDE CLASS PERIOD |
| 50762 | PURCHASED OUTSIDE CLASS PERIOD |
| 50764 | NO RECOGNIZED LOSSES |
| 50766 | NO RECOGNIZED LOSSES |
| 50768 | NO RECOGNIZED LOSSES |
| 50769 | NO RECOGNIZED LOSSES |
| 50779 | PURCHASED OUTSIDE CLASS PERIOD |
| 50799 | PURCHASED OUTSIDE CLASS PERIOD |
| 50800 | PURCHASED OUTSIDE CLASS PERIOD |
| 50801 | PURCHASED OUTSIDE CLASS PERIOD |
| 50803 | NO RECOGNIZED LOSSES |
| 50805 | NO RECOGNIZED LOSSES |
| 50810 | NO RECOGNIZED LOSSES |
| 50811 | NO RECOGNIZED LOSSES |
| 50812 | PURCHASED OUTSIDE CLASS PERIOD |
| 50813 | PURCHASED OUTSIDE CLASS PERIOD |
| 50814 | PURCHASED OUTSIDE CLASS PERIOD |
| 50815 | PURCHASED OUTSIDE CLASS PERIOD |
| 50816 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---------|------------------|
| 50818 | NO RECOGNIZED LOSSES |
| 50819 | PURCHASED OUTSIDE CLASS PERIOD |
| 50821 | NO RECOGNIZED LOSSES |
| 50822 | NO RECOGNIZED LOSSES |
| 50823 | NO RECOGNIZED LOSSES |
| 50824 | NO RECOGNIZED LOSSES |
| 50826 | PURCHASED OUTSIDE CLASS PERIOD |
| 50827 | NO RECOGNIZED LOSSES |
| 50828 | NO RECOGNIZED LOSSES |
| 50829 | DUPLICATE CLAIM FILED |
| 50830 | NO RECOGNIZED LOSSES |
| 50832 | PURCHASED OUTSIDE CLASS PERIOD |
| 50833 | NO RECOGNIZED LOSSES |
| 50834 | PURCHASED OUTSIDE CLASS PERIOD |
| 50838 | NO RECOGNIZED LOSSES |
| 50839 | NO RECOGNIZED LOSSES |
| 50845 | NO RECOGNIZED LOSSES |
| 50847 | NO RECOGNIZED LOSSES |
| 50848 | NO RECOGNIZED LOSSES |
| 50849 | NO RECOGNIZED LOSSES |
| 50851 | NO RECOGNIZED LOSSES |
| 50853 | NO RECOGNIZED LOSSES |
| 50854 | NO RECOGNIZED LOSSES |
| 50858 | SHARES NOT PURCHASED |
| 50859 | SHARES NOT PURCHASED |
| 50869 | NO RECOGNIZED LOSSES |
| 50874 | SHARES NOT PURCHASED |
| 50883 | NO RECOGNIZED LOSSES |
| 50885 | NO RECOGNIZED LOSSES |
| 50894 | NO RECOGNIZED LOSSES |
| 50895 | NO RECOGNIZED LOSSES |
| 50896 | NO RECOGNIZED LOSSES |
| 50898 | SHARES NOT PURCHASED |
| 50900 | NO RECOGNIZED LOSSES |
| 50909 | NO RECOGNIZED LOSSES |
| 50920 | NO RECOGNIZED LOSSES |
| 50921 | NO RECOGNIZED LOSSES |
| 50922 | NO RECOGNIZED LOSSES |
| 50930 | NO RECOGNIZED LOSSES |
| 50936 | NO RECOGNIZED LOSSES |
| 50941 | NO RECOGNIZED LOSSES |
| 50942 | NO RECOGNIZED LOSSES |
| 50944 | NO RECOGNIZED LOSSES |
| 50945 | NO RECOGNIZED LOSSES |
| 50946 | NO RECOGNIZED LOSSES |
| 50948 | NO RECOGNIZED LOSSES |
| 50950 | NO RECOGNIZED LOSSES |
| 50951 | SHARES NOT PURCHASED |

**INELIGIBLE CLAIMS**

| Claim # | Rejection Reason |
|---|---|
| 50952 | SHARES NOT PURCHASED |
| 50953 | SHARES NOT PURCHASED |
| 50954 | SHARES NOT PURCHASED |
| 50955 | SHARES NOT PURCHASED |
| 50956 | NO RECOGNIZED LOSSES |
| 50959 | SHARES NOT PURCHASED |
| 50960 | SHARES NOT PURCHASED |
| 50971 | NO RECOGNIZED LOSSES |
| 50972 | SHARES NOT PURCHASED |
| 50974 | SHARES NOT PURCHASED |
| 50976 | NO RECOGNIZED LOSSES |
| 50977 | NO RECOGNIZED LOSSES |
| 50978 | NO RECOGNIZED LOSSES |
| 50979 | NO RECOGNIZED LOSSES |
| 50980 | NO RECOGNIZED LOSSES |
| 50981 | NO RECOGNIZED LOSSES |
| 50982 | NO RECOGNIZED LOSSES |
| 50983 | NO RECOGNIZED LOSSES |
| 50984 | NO RECOGNIZED LOSSES |
| 50985 | NO RECOGNIZED LOSSES |
| 50986 | NO RECOGNIZED LOSSES |
| 50987 | SHARES NOT PURCHASED |
| 50991 | NO RECOGNIZED LOSSES |
| 50992 | NO RECOGNIZED LOSSES |
| 50994 | NO RECOGNIZED LOSSES |
| 50996 | NO RECOGNIZED LOSSES |
| 50997 | NO RECOGNIZED LOSSES |
| 50998 | NO RECOGNIZED LOSSES |
| 50999 | NO RECOGNIZED LOSSES |
| 51000 | NO RECOGNIZED LOSSES |
| 51001 | NO RECOGNIZED LOSSES |
| 51003 | SHARES NOT PURCHASED |
| 51004 | NO RECOGNIZED LOSSES |
| 51005 | SHARES SOLD SHORT |
| 51007 | NO RECOGNIZED LOSSES |
| 51008 | PURCHASED OUTSIDE CLASS PERIOD |
| 51022 | NO RECOGNIZED LOSSES |

**Total**                                          **661**

**EXHIBIT F**

Loop Industries, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:   4

**April 21, 2023**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| For any shares of common stock purchased and sold during the Settlement Class Period, the recognized claim is $0.00.  The inflation was the same on the date of the purchase and sale. | 1000 |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than twenty (20) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

**EXHIBIT G**

|  | Date | $ Amount |
|---|---|---|
| Invoice # 1 | 11/18/2022 | $26,998.93 |
| Invoice # 2 | 3/3/2023 | $20,615.04 |
| Invoice # 3 | 7/26/2023 | $29,383.96 |
| Total |  | $76,997.93 |

*STRATEGIC CLAIMS SERVICES*
*225 STATE ROAD*
*MEDIA, PA 19063*
*610-891-9852*

November 18, 2022

Joseph D. Cohen, Esquire
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA   90067

Re: **In re Loop Industries, Inc. Securities Litigation**

---

FIRST INVOICE – NOTICE AND CLAIMS ADMINISTRATION FROM
INCEPTION THROUGH NOVEMBER 15. 2022

---

Labor re: Administration (See Exhibit I attached) ………..……………....$15,997.70

Printing, labeling and metering  6,500 postcard notice  @ $.18 per unit……$1,170.00

Broker nominee mailing 1,773 notices @ $1.75 per unit…………………....$3,102.75

Broker/Nominees charges (See Exhibit III)…………………………………...$235.20

Reimbursement of publication charges – IBD ($2,426.01) and PR
Newswire ($2,330.00)………………………………………………………$4,756.01

In-house postage………………………………………………………………$1,341.86

Phone, website, copying, P.O. box, charges…………………………………..$395.41

Total                          $26,998.93

# EXHIBIT I

|  | Fee |
|---|---|
| Assistant Project Administrators | $535.80 |
| Administrative | $158.00 |
| Project Supervisors | $2,015.15 |
| Director of Technology | $3,745.00 |
| Director of Quality Assurance | $4,192.50 |
| Director of Operations | $400.00 |
| President | $4,951.25 |
|  | $15,997.70 |

**EXHIBIT II**

| NOMINEE | AMOUNT |
|---|---|
| APEX CLEARING | $28.45 |
| BNY MELLON | $49.50 |
| CETERA INVESTMENT SERVICES LLC | $50.00 |
| CITI 274** | $1.60 |
| CITI 418** | $0.40 |
| PERSHING LLC | $35.00 |
| PIPER JAFFRAY | $20.20 |
| STONEX FINANCIAL INC | $50.00 |
| TRUIST WEALTH | $0.05 |
| **TOTAL** | **$235.20** |

*STRATEGIC CLAIMS SERVICES*
*225 STATE ROAD*
*MEDIA, PA 19063*
*610-298-1193*

July 26, 2023

Joseph D. Cohen, Esquire
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA   90067

Jeremy Lieberman, Esquire
Pomerantz LLP
600 Third Avenue
New York, NY 10016

Re: **In re Loop Industries, Inc. Securities Litigation**

SECOND INVOICE – NOTICE AND CLAIMS ADMINISTRATION FROM INCEPTION THROUGH NOVEMBER 15. 2022

Labor re: Administration (See Exhibit I attached) ………..…………….....$18,376.70

Broker/Nominees charges (See Exhibit II)………………………….………$1,613.14

Phone………………………………………………………………….…...$175.00

Website, copying, overnight, pacer, postage, and skip tracing charges………$450.20

Total            $20,615.04

# EXHIBIT I

|  | Fee |
|---|---|
| Assistant Project Administrators | $2,740.75 |
| Administrative | $566.00 |
| Project Administrators | $367.90 |
| Project Supervisors | $5,298.05 |
| Project Manager | $181.50 |
| Director of Technology | $2,651.25 |
| Director of Quality Assurance | $1,950.00 |
| Director of Operations | $2,177.50 |
| President | $2,443.75 |
|  | $18,376.70 |

## EXHIBIT II

| NOMINEE | AMOUNT |
|---|---|
| APEX CLEARING | $28.45 |
| BNY MELLON | $49.50 |
| BROADRIDGE: AMERIPRISE FINANCIAL, SCOTIABANK, VISION FINANCIAL, BANQUE SCOTIA & TRADESTATION | $242.06 |
| BROADRIDGE: BARCLAYS, D.A.DAVIDSON, EDWARD JONES, LPL FINANCIAL, NATIONAL FINANCIAL SERVICES, RAYMOND JAMES, ROBERT W. BAIRD, TD AMERITRADE, VANGUARD, WEDBUSH, WELLS FARGO, BMO NESBITT BURNS, ETRADE, JP MORGAN, MORGAN STANLEY, NOMURA, RBC, STIFEL NICOLAUS, U.S. BANCORP, WEDBUSH, & WELLS FARGO CLEARING | $1,282.28 |
| BROADRIDGE: MORGAN STANLEY & CO LLC | $88.80 |
| CETERA INVESTMENT SERVICES LLC | $50.00 |
| CITI 274** | $1.60 |
| CITI 418** | $0.40 |
| PERSHING LLC | $35.00 |
| PIPER JAFFRAY | $20.20 |
| STONEX FINANCIAL INC | $50.00 |
| TRUIST WEALTH | $0.05 |
| **TOTALS** | **$1,848.34** |
| Amount previosly paid | ($235.20) |
| Amount Due | **$1,613.14** |

*STRATEGIC CLAIMS SERVICES*
*225 STATE ROAD*
*MEDIA, PA 19063*
*610-298-1193*

July 26, 2023

Joseph D. Cohen, Esquire
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA   90067

Jeremy Lieberman, Esquire
Pomerantz LLP
600 Third Avenue
New York, NY 10016

Re: **In re Loop Industries, Inc. Securities Litigation**

| FINAL INVOICE – NOTICE AND CLAIMS ADMINISTRATION FROM FEBRUARY 28, 2023 THROUGH THE INITIAL DISTRIBUTION |
| --- |

Labor re: Administration (See Exhibit I attached) ………..……………......$26,221.80

Distribution charge………………………………………………………….$1,676.50

Correction and rejection notice 225 notice @ $1.75 per unit…………………$393.75

Broker/Nominees charges……………………………………………………$72.70

Phone………………………………………………………………………...$385.00

Website, copying and scanning charges…………………………………………$634.21

Total                    $29,383.96

# EXHIBIT I

|  | Fee |
|---|---|
| Assistant Project Administrators | $1,527.60 |
| Administrative | $539.00 |
| Project Administrators | $346.50 |
| Project Supervisors | $3,105.20 |
| Project Manager | $643.50 |
| Director of Technology | $743.75 |
| Director of Quality Assurance | $7,702.50 |
| Director of Operations | $7,045.00 |
| President | $4,568.75 |
|  | $26,221.80 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: October 2, 2023                    */s/ Leanne H. Solish*
                                          Leanne H. Solish